UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CHOON JAMES,<br><br>          Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU;  and, John Does 1-50 in their individual or official capacities,<br><br>          Defendants. | CIVIL NO. CV 13-00397 JMS-BMK<br><br>DEMAND FOR JURY TRIAL |

## **DEMAND FOR JURY TRIAL**

    Defendant CITY AND COUNTY OF HONOLULU hereby demands a trial by jury of all issues so triable.

    DATED: Honolulu, Hawaii, November 12, 2013.

                              DONNA Y. L. LEONG
                              Corporation Counsel

                              ***/S/ PAUL S. AOKI***
                              _____
                              PAUL S. AOKI
                              ERNEST H. NOMURA
                              DAWN D.M. SPURLIN
                              Deputies Corporation Counsel

                              Attorneys for Defendant
                              CITY AND COUNTY OF HONOLULU