DEPARTMENT OF THE CORPORATION COUNSEL
DONNA Y. L. LEONG, 3229
Corporation Counsel
PAUL S. AOKI, 1286
ERNEST H. NOMURA, 4829
Deputies Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone No.:   (808) 768-5132
Facsimile No.:    (808) 768-5105
E-Mail:  paoki@honolulu.gov
         enomura@honolulu.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHOON JAMES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; and JOHN DOES 1-50 in their individual or official capacities,<br><br>　　　　　Defendants. | CIVIL NO.  CV13-00397 SOM-BMK<br><br>DEFENDANT'S FIRST AMENDED SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>Scheduling Conference<br>DATE:   January 21, 2014<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Barry M. Kurren |

DEFENDANT'S FIRST AMENDED
SCHEDULING CONFERENCE STATEMENT

Pursuant to Local Rule 16.2 of the Local Rules of Practice for the

United States District Court for the District of Hawaii, Defendant CITY AND

-2-

COUNTY OF HONOLULU ("City "), by its attorneys, Donna Y. L. Leong, Corporation Counsel, Paul S. Aoki, and Ernest H. Nomura, Deputies Corporation Counsel, submit this First Amended Scheduling Conference Statement.

I.   NATURE OF THE CASE

This case challenges the constitutionality of the "Stored Property Ordinance," Bill 54 (2011), enacted as Ordinance 11-29 (2012), codified in Revised Ordinances of Honolulu (1990), ("ROH") § 29-19.1, et seq. ("SPO").  It also seeks injunctive relief and damages for alleged violations of the First, Fourth, and Fourteenth Amendments to the United States Constitution (and Hawaii's constitutional counterparts), 42 U.S.C. § 1983, Hawaii Constitution, Art. 1, §§ 6 and 7, Art. IX, § 10, and various state law tort claims (trespass, conversion, replevin, negligence, trespass to chattels and fraud).

Plaintiff identifies specific dates on which the SPO was enforced by the City during which Plaintiff claims that his constitutional rights were violated.

The City denies the allegations and submits that none of Plaintiff's claims have legal or factual merit.

II.  JURISDICTION AND VENUE

Jurisdiction is based on 28 U.S.C. § 1331 (original jurisdiction of all civil actions arising under the Constitution and laws of the United States). Venue is proper and based on 28 U.S.C. § 1391(b)(1) and (2).  A substantial part of the events giving rise to the claims occurred in the District of Hawaii.

III.  JURY TRIAL

A demand for jury trial was filed on November 12, 2013.

IV.  DISCOVERY and DISCLOSURES

No discovery has occurred.

V.  SPECIAL PROCEDURES

None at this time.

VI.  RELATED CASES

<u>City and County of Honolulu v. Mark Olov James and Choon Huay James</u>, Civil No. 10-1-0863-04 (RAN), Circuit Court of the First Circuit, State of Hawaii.  This is an eminent domain action by the City to acquire approximately 20,000 square feet of land owned by Mark James and Choon James as part of a site for a replacement fire station.  The Circuit Court entered an order putting the City in possession of the subject property on April 27, 2010.  The matter is scheduled for a trial on the issue

of public use on March 3, 2014. The attorney for Mark and Choon James in the case in the State Circuit Court is Cynthia A. Farias.

VII. ADDITIONAL MATTERS

At the first scheduling conference in this case which was held on November 4, 2013, counsel for Plaintiffs and counsel for the City informed the Court that they thought that it would be worthwhile to try to set up a mediation to resolve the instant case if the related case in State Court could also be resolved at the same time. The City made several attempts to reach an agreement to mediate the State Court case but no agreement has been reached. It does not appear that the parties will be able to agree to mediate.

DATED: Honolulu, Hawaii, January 14, 2014.

DONNA Y. L. LEONG
Corporation Counsel

*/s/ Paul S. Aoki*

PAUL S. AOKI
ERNEST H. NOMURA
Deputies Corporation Counsel

Attorneys for Defendant
  CITY AND COUNTY OF HONOLULU