RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN J BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com
Email: brianbrazier@gmail.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Choon James,<br><br>            Plaintiff,<br>   vs.<br><br>City and County of Honolulu; and, John Does 1-50 in their individual or official capacities.<br><br>            Defendants. | CASE NO. 1:13-cv-00397 ___ SOM-BMK_____<br><br>PLAINTIFF'S AMENDED SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>Hearing:<br>DATE:  January 21, 2013<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Barry M. Kurren |

**PLAINTIFF'S AMENDED SCHEDULING CONFERENCE STATEMENT**

COMES NOW the Plaintiff, CHOON JAMES, by and through her undersigned counsel, and pursuant to Local Rule 16.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii and submits the following Scheduling Conference Statement.

## I. NATURE OF THE CASE

This case arises from the City's seizure and destruction of two of Plaintiff's signs that were erected in an exercise of her freedom of speech as guaranteed by the First Amendment to the United States Constitution. Specifically, the City entered Ms. James' private property for the sole purpose of targeting Ms. James' speech, which was political in nature. While the City is attempting to gain title to the property through an exercise of eminent domain, it has not obtained title to the property. Indeed, Ms. James was billed for and paid taxes on the property, maintained the property by having it mowed regularly, and enjoyed title to the property during all of the relevant time periods. Moreover, the City destroyed the signs, probably when it attached the signs to heavy machinery to forcefully remove the signs from the ground rather than simply manually removing them. This was accomplished without a warrant and without affording Ms. James any pre- or post-deprivation hearing. These actions constitute violations of Ms. James' rights guaranteed by the First, Fourth, and Fourteenth Amendments. Accordingly, Ms. James seeks damages and injunctive relief. The City's purported continued denial of the facts of the case is still surprising to Ms. James as not only does Ms. James have videotape and notices left by the City memorializing the seizure and/or attempt to retrieve the signs from city employees. Moreover, counsel have agreed

to work together to simplify the facts of this case in order to have the Court determine the legal issues expeditiously. Instead, this case should be decided as a matter of law.

## II. JURISDICTION AND VENUE

This case presents a federal question of First and Fourteenth Amendment violations. This Court has subject matter jurisdiction pursuant to 42 U.S.C. § 1983 and 28 U.S.C. §§ 1331, 1343, 2201, and 2202. This Court has personal jurisdiction over Defendant City and County of Honolulu as it is a government entity, more specifically a municipal corporation incorporated under the laws of the State of Hawaiʻi, located in Hawaiʻi.

Venue is proper pursuant to 28 U.S.C. § 1391. All of the acts complained of occurred in the City and County of Honolulu.

## III. Jury Trial

None demanded.

## IV. DISCOVERY AND DISCLOSURES

The parties have conferred regarding this case more than once. Counsel have agreed to attempt to stipulate to any and all factual issues and only pursue discovery in regards to those specific factual issues that might be disputed in an effort to simplify the issues in this case.

## V. SPECIAL PROCEDURES

Ms. James is unaware of any necessity for special procedures.

## VI. RELATED CASES

The City is attempting to take Ms. James' property in an eminent domain proceeding styled *City and County of Honolulu v. Mark Olov James and Choon Huay James*, Civil No. 10-1-0862-04 (RAN) in the First Circuit Court for the State of Hawaii. However, Ms. James does not believe that those proceedings are related other than spurning Ms. James' desire to protest City abuses. The outcome of that case has no bearing on the outcome of this case.

## VII. ADDITIONAL MATTERS

At the first scheduling conference, counsel informed the Court that counsel believed this case should be resolved on the resolution of one legal issue. The Court agreed. And, counsel further suggested that the City extend an offer within the Department of Corporation Counsel's authority. All present hoped that the related takings case would be resolved in mediation and that the resolution of this case could be negotiated together with that case. Although the undersigned is not involved in that case, it is counsel's understanding that mediation did not occur and probably will not. Nevertheless, the undersigned still believes it prudent to attempt to resolve this case in the manner suggested, *i.e.*, an offer of $5000, before further expenditures of resources on the part of both parties and the Court.

Dated: Honolulu, HI; January 14, 2014.

        Respectfully submitted,

                *s/Richard L. Holcomb*__
                Richard Holcomb
                Brian Brazier

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Choon James, ) <br> ) <br>            Plaintiff, ) <br>   vs. ) <br> ) <br> City and County of Honolulu; ) <br> and, John Does 1-50 in their individual ) <br> or official capacities. ) <br> ) <br>            Defendants. ) <br> ) <br> ) <br> _____ ) <br> _____ | CASE NO. 1:13-cv-00397 ___ <br>         SOM-BMK_____ <br><br><br><br> CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first stated below, or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing document via this Court's electronic filing system, upon the following:

Paul Aoki,
Ernest Nomura
Dept. of Corp. Counsel
530 S. King St.
Room 110
Honolulu, HI  96813

DATED:  Honolulu, Hawaii; January 14, 2014.

                                                  *s/Richard L. Holcomb__*
                                                  Richard L. Holcomb
                                                  Attorney for Plaintiffs