RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN J BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com
Email: brianbrazier@gmail.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Choon James,<br><br>        Plaintiff,<br>vs.<br><br>City and County of Honolulu;<br>and, John Does 1-50 in their individual<br>or official capacities.<br><br>        Defendants. | CASE NO. 1:13-cv-00397 SOM KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that the following documents in the case of James v. City and County of Honolulu et. al. were hand delivered to the Defendants on April 1, 2014:

PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT CITY AND COUNTY OF HONOLULU

PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO
INTERROGATORIES TO DEFENDANT CITY AND COUNTY OF
HONOLULU

Dated: Honolulu, Hawaii on April 1, 2014


/s/ *Brian Brazier*
Brian Brazier
Attorney for Plaintiff