DEPARTMENT OF THE CORPORATION COUNSEL
DONNA Y. L. LEONG          3226-0
Corporation Counsel
PAUL S. AOKI              1286-0
ERNEST H. NOMURA          4829-0
NICOLETTE WINTER          9588-0
Deputies Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone No. (808) 768-5132
E-Mail:  paoki@honolulu.gov
         enomura@honolulu.gov
         nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHOON JAMES,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU; and John Does 1-50, in their individual or official capacities,<br><br>             Defendants. | CIVIL NO. CV13-00397 JMS-BMK<br><br>CERTIFICATE OF SERVICE<br><br>RE:  (1) DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF CHOON JAMES; (2) DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF CHOON JAMES; EXHIBIT A; AND (3) DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST TO PLAINTIFF CHOON JAMES FOR ANSWERS TO INTERROGATORIES |

<u>CERTIFICATE OF SERVICE</u>

This is to certify that two copies of: (1) DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF CHOON JAMES;
(2) DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF CHOON JAMES; EXHIBIT A; and
(3) DEFENDANT CITY AND COUNTY OF HONOLULU'S FIRST REQUEST TO PLAINTIFF CHOON JAMES FOR ANSWERS TO INTERROGATORIES were hand delivered on April 24, 2014 to the following:

> Richard L. Holcomb, Esq.
> Brian J. Brazier, Esq.
> Holcomb Law, A Limited Liability Law Corporation
> 1136 Union Mall, Suite 808
> Honolulu, Hawaii  96813

> Attorneys for Plaintiff

DATED:  Honolulu, Hawaii, April 25, 2014.

> DONNA Y. L. LEONG
> Corporation Counsel
>
> ***/s/ Paul S. Aoki***
> _____
> PAUL S. AOKI
> ERNEST H. NOMURA
> NICOLETTE WINTER
> Deputies Corporation Counsel
>
> Attorneys for Defendant
> CITY AND COUNTY OF HONOLULU