2501



# STORAGE & DISPOSAL NOTICE

This Notice relates to property impounded at _____

o'clock on _____, 201__ at

(location): _____

The impounded property is stored at: _____

_____

Telephone Number: _____

List of impounded items:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. ☐ If checked, please see attached sheet.

**IMPOUNDED PROPERTY WILL BE SOLD, DONATED, OR OTHERWISE DISPOSED OF IF NOT CLAIMED WITHIN 30 DAYS AFTER THE DATE OF THIS NOTICE.**

☐ _____
NAME / SIGNATURE OF PROPERTY OWNER

☐ Property owner refused to sign

☐ Notice handed to property owner

☐ Notice sent to property owner via certified mail to last known address

☒ Notice posted at site where property was seized

☒ Notice posted on City website

Removal Notice Number _____

_____
SIGNATURE OF CITY EMPLOYEE & I.D. NO.

## CITY AND COUNTY OF HONOLULU
## ORDINANCE NO. 11-029

EXHIBIT 3

**2502**

# STORAGE & DISPOSAL NOTICE

This Notice relates to property impounded at _____, 201__, at

o'clock on _____

(location): _____

The impounded property is stored at: _____

_____

Telephone Number: _____

List of impounded items:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. ☐ If checked, please see attached sheet.

**IMPOUNDED PROPERTY WILL BE SOLD, DONATED, OR OTHERWISE DISPOSED OF IF NOT CLAIMED WITHIN 30 DAYS AFTER THE DATE OF THIS NOTICE.**

☐ _____
NAME / SIGNATURE OF PROPERTY OWNER

☐ Property owner refused to sign
☐ Notice handed to property owner
☐ Notice sent to property owner via certified mail to last known address
☐ Notice posted at site where property was seized
☐ Notice posted on City website

Removal Notice Number _____

_____
SIGNATURE OF CITY EMPLOYEE & I.D. NO.

**CITY AND COUNTY OF HONOLULU
ORDINANCE NO. 11-029**

EXHIBIT 3