IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CHOON JAMES,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; and, John Does 1-50 in their individual or official capacities.<br><br>        Defendants. | CIVIL NO. CV 13-00397 JMS-BMK<br><br>DECLARATION OF ALLAN SATO |

## DECLARATION OF ALLAN SATO

ALLAN SATO declares as follows:

1. I was the Superintendent of the Stored Property Ordinance Office of the Department of Facility Maintenance ("DFM"), City and County of Honolulu ("City") in May and June of 2013. I left employment with the City in late June 2013.

2. I have personal knowledge and am competent to testify on the matters set forth herein.

3. In response to an inquiry made to DFM by Ms. Choon James in early June 2013, regarding her personal property that was removed from public property consistent with the Stored Property ordinance ("SPO"), I called Ms. James and informed her that if she wished to submit a claim for any damages caused to signs

that were removed pursuant to the SPO, she should file a claim with the Department of the Corporation Counsel.

    4.    I provided Ms. James with the phone number for the Department of the Corporation Counsel, and told her that she should ask to speak to Deputy Corporation Counsel Winston Wong.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, July 11, 2014.

_____
ALLAN SATO

13-06301/350921