IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CHOON JAMES,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF<br>HONOLULU; and, John Does 1-50 in<br>their individual or official capacities.<br><br>　　　　　　Defendants. | CIVIL NO. CV 13-00397 JMS-BMK<br><br>DECLARATION OF W.D.<br>BALFOUR JR. |

## DECLARATION OF W.D. BALFOUR JR.

I, W.D. BALFOUR JR., hereby declare as follows:

1.　　I am a Superintendent in the Department of Facility Maintenance ("DFM"), City and County of Honolulu ("City").

2.　　DFM's Division of Road Maintenance is responsible for the storage of stored personal property removed pursuant to the City's Stored Property Ordinance ("SPO").

3.　　I have personal knowledge and am competent to testify on the matters set forth herein.

4.　　On November 25, 2013, I was working at the Halawa Corporation Yard.

5.     Ms. Choon James made an appointment to retrieve her signs at the Halawa Corporation Yard.  On November 25, 2013, she arrived at the Halawa Corporation Yard to retrieve the signs that were removed pursuant to the SPO.

6.     Ms. James was presented with the standardized "Release of Impounded Personal Property" to certify that she was the owner of the signs.  She refused to sign the form as is, but modified it to delete certain language that she considered objectionable.  I allowed Ms. James to do so.

7.     Ms. James was then able to retrieve her signs and loaded them in her pickup truck.

8.     Attached hereto as Exhibit "A" is a true and correct copy of Ms. James's modified "Release of Impounded Personal Property" dated November 25, 2013, which she signed.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, July 14, 2014.

W.D. BALFOUR JR.

2