IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CHOON JAMES,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; and, John Does 1-50 in their individual or official capacities.<br><br>            Defendants. | CIVIL NO. CV 13-00397 JMS-BMK<br><br>DECLARATION OF WINSTON WONG |

## **DECLARATION OF WINSTON WONG**

I, WINSTON WONG, declare as follows:

1. I am a Deputy Corporation Counsel at the Department of the Corporation Counsel, City and County of Honolulu ("City").

2. I have personal knowledge and am competent to testify on the matters set forth herein.

3. Ms. Choon James has not contacted me to make a claim for damages to her signs.

4. To the best of my personal knowledge, Ms. James has not filed a claim for damages (other than the Complaint in this case) with the Department of the Corporation Counsel with respect to any signs that were removed from the subject property pursuant to the Stored Property Ordinance.

5.   Under Section 13-111, Revised Charter of the City and County of Honolulu 1973 (2000 ed.), a claim for damages against the City may be filed with the Department of the Corporation Counsel.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, July 14, 2014.

_____
WINSTON WONG