# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Choon James,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>City and County of Honolulu;<br>and, John Does 1-50 in their individual<br>or official capacities.<br><br>　　　　　　Defendants. | CASE NO. 1:13-cv-00397 JMS BMK<br><br>**DECLARATION OF RICHARD L. HOLCOMB** |

## DECLARATION OF RICHARD L. HOLCOMB

1. My name is Richard L. Holcomb. I am an attorney duly licensed to practice law in Hawai'i. I am admitted to practice in this Court. I represent the Plaintiff, Choon James, in the above-styled case.

2. I prepared the foregoing Concise Statement of Facts and Memorandum in Opposition to Defendant's Motion for Summary Judgment. I believe that all factual averments in those documents are true.

3. On April 1, 2014, my office through Attorney Brian Brazier propounded "Plaintiff's First Request for Admissions" on Defendant City and County of Honolulu ("City"). [Doc. 23]

4. On May 1, 2014, the City served its responses to those Requests for Admissions, in a document entitled "Defendant City and County of Honolulu's

1

Response to Plaintiff's First Request for Admissions." **Exhibit Eighteen** is a true and exact copy of Defendant City and County of Honolulu's Response to Plaintiff's First Request for Admissions.

5. Exhibit Eighteen is referenced in the Concise Statement of Facts by referring to the document as "Adm." followed by the appropriate page number and numbered response. Paragraph 4 of the instant Declaration, which authenticates Exhibit One, is then cited followed by "Exh. 18."

I, Richard L. Holcomb, do declare under penalty of law that the fore-going is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, July 14, 2014.

*s/Richard L. Holcomb*
Richard L. Holcomb
Attorney for Plaintiff James