

# CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE __09-12__

BILL __16 (2009), CD2__

## A BILL FOR AN ORDINANCE

RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2009 TO JUNE 30, 2010.

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1. The revenues from the following sources estimated for the fiscal year July 1, 2009 to June 30, 2010 are hereby provided and appropriated for the purposes set forth in Sections 2 through 8:

| FUND CODE | SOURCE OF FUNDS | AMOUNT | TOTAL |
|---|---|---|---|
| | **REVENUE BOND:** | | |
| SR | Sewer Revenue Bond Improvement Fund | $ 157,108,000 | $ 157,108,000 |
| | **GENERAL OBLIGATION BONDS:** | | |
| GI | General Improvement Bond Fund | $ 72,338,500 | |
| HI | Highway Improvement Bond Fund | 159,664,000 | |
| WB | Solid Waste Improvement Bond Fund | 158,277,000 | |
| TF | Transit Improvement Bond Fund | 917,317,000 | $ 1,307,596,500 |
| | **CAPITAL PROJECTS FUNDS:** | | |
| SW | Sewer Fund | $ 18,594,193 | |
| PP | Parks and Playgrounds Fund | 101,000 | |
| ST | State Funds | 2,350,000 | |
| AF | Affordable Housing Fund | 2,600,000 | |
| BT | Bus Transportation Fund | 492,000 | |
| CF | Clean Water and Natural Lands Fund | 4,000,000 | |
| GC | Golf Fund | 586,000 | |
| LC | Liquor Commission Fund | 25,000 | |
| SV | Special Events Fund | 393,500 | |
| BK | Bikeway Fund | 300,000 | |
| GT | General Trust Fund (McCoy Pavillion Trust Fund) | 800,000 | $ 30,241,693 |
| | **FEDERAL FUNDS:** | | |
| FG | Federal Grants Fund | $ 41,659,427 | |
| CD | Community Development Fund | 12,236,301 | $ 53,895,728 |
| | **TRANSIT FUND:** | | |
| TR | Transit Fund | $ 150,000,000 | $ 150,000,000 |
| | **SPECIAL PROJECTS FUND:** | | |
| UT | Utilities' Share | $ 100,000 | $ 100,000 |
| | **TOTAL ALL FUNDS** | | $ 1,698,941,921 |

OCS/052609/11:30/HM

EXHIBIT ONE
09-12



**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE  09-12

BILL  16 (2009), CD2

# A BILL FOR AN ORDINANCE

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | | SOURCE OF FUNDS | | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|
| 2006039 | WAIANAE POLICE STATION REPLACEMENT | 1,000,000 | D | 1,000,000 | GI | 1,000,000 |
| | Design a replacement police station. | | | | | |
| | **POLICE** | | | | | |
| 2005028 | HONOLULU POLICE DEPARTMENT EQUIPMENT ACQUISITION | 4,465,000 | E | 4,465,000 | GI | 4,465,000 |
| | Acquisition of equipment essential to police operations. | | | | | |
| | **FIRE STATIONS AND BUILDINGS** | | | | | |
| | **DESIGN AND CONSTRUCTION** | | | | | |
| 2009036 | EAST KAPOLEI FIRE STATION | 10,000<br>3,900,000<br>40,000<br>700,000 | D<br>C<br>I<br>E | 4,650,000 | GI | 4,650,000 |
| | Design and construct a new fire station and provide construction inspection. | | | | | |
| 1998021 | FIRE STATION BUILDINGS IMPROVEMENTS | 5,000<br>265,000<br>1,647,000<br>78,000<br>5,000 | P<br>D<br>C<br>I<br>E | 2,000,000 | GI | 2,000,000 |
| | Plan, design and construct fire facility improvements. Provide construction inspection and related equipment. | | | | | |
| 2000068 | HAUULA FIRE STATION RELOCATION | 1,000,000 | L | 1,000,000 | CD | 1,000,000 |
| | Acquire land for the Hauula Fire Station relocation. | | | | | |
| 2007012 | HONOLULU FIRE DEPARTMENT NPDES SMALL MS4 PERMIT PROGRAM | 10,000<br>100,000<br>155,000<br>5,000<br>5,000 | P<br>D<br>C<br>I<br>E | 275,000 | GI | 275,000 |
| | Plan, design and construct improvements at fire stations and facilities to meet National Pollution Discharge Elimination System (NPDES) requirements, provide construction inspection and related equipment. | | | | | |
| | **FIRE** | | | | | |
| 2005021 | HONOLULU FIRE DEPARTMENT EQUIPMENT ACQUISITION | 5,611,000 | E | 4,611,000<br>1,000,000 | GI<br>CD | 5,611,000 |
| | Acquisition of fire apparatuses and other fire operations equipment. | | | | | |
| | **TRAFFIC IMPROVEMENTS** | | | | | |
| | **TRANSPORTATION SERVICES** | | | | | |
| 1999311 | COMPUTERIZED TRAFFIC CONTROL SYSTEM | 300,000<br>3,150,000<br>30,000<br>1,000 | D<br>C<br>I<br>E | 841,000<br>2,640,000 | HI<br>FG | 3,481,000 |
| | Design, construct, inspect, equip and upgrade traffic cameras, signal controls and traffic center technology in various locations such as Mililani and Wahiawa areas. | | | | | |
| | PEDESTRIAN SAFETY IMPROVEMENTS | 1,000<br>48,000<br>1,000 | P<br>D<br>C | 50,000 | HI | 50,000 |
| | Plan, design, construct and inspect median safety islands along Ku'ulei Road between Malunui Avenue and Kailua Road/Oneawa Street in Kailua. | | | | | |

EXHIBIT ONE

PS-2

09-12

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII
CERTIFICATE

ORDINANCE 09-12        BILL 16 (2009), CD2

Introduced: 03/02/09   By: TODD APO (BR)      Committee: BUDGET

Title: A BILL FOR AN ORDINANCE RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2009 TO JUNE 30, 2010.

Links: BILL 16 (2009)
BILL 16 (2009), CD1
BILL 16 (2009), CD2
CR-139
CR-191

| | | |
|---|---|---|
| | | NOTE: COUNCILMEMBER BARBARA MARSHALL PASSED AWAY ON SUNDAY, FEBRUARY 22, 2009. ALTHOUGH THERE IS A VACANCY, THE COUNCIL CONTINUES TO OPERATE IN ACCORDANCE WITH THE 9 MEMBERS IT IS ENTITLED TO PURSUANT TO SECTION 3-102, REVISED CHARTER OF THE CITY AND COUNTY OF HONOLULU 1973, AS AMENDED. HOWEVER, THE CERTIFICATE WILL NOT REFLECT THE VACANCY ON THE VOTE RECORDED FOR THIS ITEM. |
| PUBLISH | 03/14/09 | PUBLIC HEARING NOTICE OF INTENT PUBLISHED IN THE HONOLULU STAR BULLETIN. |
| COUNCIL | 03/18/09 | BILL PASSED FIRST READING AND REFERRED TO BUDGET COMMITTEE. |
| | | APO Y   BAINUM Y   CACHOLA Y   DELA CRUZ Y   DJOU Y |
| | | GARCIA Y   OKINO Y   TAM Y |
| PUBLISH | 04/11/09 | PUBLIC HEARING NOTICE PUBLISHED IN THE HONOLULU STAR BULLETIN. |
| BUDGET | 04/13/09 | CR-139 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON SECOND READING AND SCHEDULING OF A PUBLIC HEARING AS AMENDED IN CD1 FORM. |
| COUNCIL/PUBLIC HEARING | 04/22/09 | CR-139 ADOPTED. BILL, AS AMENDED TO BILL 16 (2009), CD1 PASSED SECOND READING, PUBLIC HEARING CLOSED AND REFERRED TO BUDGET COMMITTEE. |
| | | APO Y   BAINUM Y   CACHOLA Y   DELA CRUZ Y   DJOU A |
| | | GARCIA Y   OKINO Y   TAM Y |
| PUBLISH | 04/28/09 | SECOND READING NOTICE PUBLISHED IN THE HONOLULU STAR BULLETIN. |
| | | NOTE: IKAIKA ANDERSON WAS SWORN IN AND TOOK OFFICE AS A MEMBER OF THE HONOLULU CITY COUNCIL ON THURSDAY, MAY 14, 2009 REPRESENTING DISTRICT III. |
| SPECIAL BUDGET | 05/18/09 | CR-191 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON THIRD READING AS AMENDED IN CD2 FORM. |

EXHIBIT ONE
09-12

09-12

| | | |
|---|---|---|
| | | NOTE: COUNCILMEMBER DUKE BAINUM PASSED AWAY ON TUESDAY, JUNE 9, 2009. ALTHOUGH THERE IS A VACANCY, THE COUNCIL CONTINUES TO OPERATE IN ACCORDANCE WITH THE 9 MEMBERS IT IS ENTITLED TO PURSUANT TO SECTION 3-102, REVISED CHARTER OF THE CITY AND COUNTY OF HONOLULU 1973, AS AMENDED. HOWEVER, THE CERTIFICATE WILL NOT REFLECT THE VACANCY ON THE VOTE RECORDED FOR THIS ITEM. |
| COUNCIL | 06/10/09 | NOTE: BILL 16 (2009), CD2 FAILED TO BE AMENDED TO VERSION A (OCS/060109/02:41/HM) OR VERSION B (OCS/060209/11:11/HM) POSTED ON THE AGENDA. |

CR-191 ADOPTED AND BILL 16 (2009), CD2 PASSED THIRD READING AS AMENDED.

| ANDERSON | Y | APO | Y | CACHOLA | Y | DELA CRUZ | Y | DJOU | N |
|---|---|---|---|---|---|---|---|---|---|
| GARCIA | Y | OKINO | Y | TAM | Y | | | | |

I hereby certify that the above is a true record of action by the Council of the City and County of Honolulu on this BILL.

_____
BERNICE K. N. MAU, ACTING CITY CLERK

_____
TODD K. APO, CHAIR AND PRESIDING OFFICER

EXHIBIT ONE

09-12