# CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE __10 - 12__

BILL ____16 (2010), CD2____

## A BILL FOR AN ORDINANCE

RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2010 TO JUNE 30, 2011.

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1.  The revenues from the following sources estimated for the fiscal year July 1, 2010 to June 30, 2011 are hereby provided and appropriated for the purposes set forth in Sections 2 through 8:

| FUND CODE | SOURCE OF FUNDS | AMOUNT | TOTAL |
|---|---|---:|---:|
| | **REVENUE BOND:** | | |
| SR | Sewer Revenue Bond Improvement Fund | $  329,046,000 | $  329,046,000 |
| | **GENERAL OBLIGATION BONDS:** | | |
| GI | General Improvement Bond Fund | $  90,374,215 | |
| HI | Highway Improvement Bond Fund | 149,426,000 | |
| WB | Solid Waste Improvement Bond Fund | 154,656,000 | |
| TF | Transit Improvement Bond Fund | 1,056,491,000 | $  1,450,947,215 |
| | **CAPITAL PROJECTS FUNDS:** | | |
| SW | Sewer Fund | $  15,520,266 | |
| ST | State Funds | 3,850,000 | |
| AF | Affordable Housing Fund | 7,600,000 | |
| BT | Bus Transportation Fund | 709,514 | |
| CF | Clean Water and Natural Lands Fund | 3,000,000 | |
| GC | Golf Fund | 490,000 | |
| LC | Liquor Commission Fund | 26,500 | |
| SV | Special Events Fund | 365,250 | |
| BK | Bikeway Fund | 600,000 | |
| HW | Highway Fund | 610,000 | |
| WF | Sld Wst Dis Fac Acct-SWSF | 4,000,000 | $  36,771,530 |
| | **FEDERAL FUNDS:** | | |
| FG | Federal Grants Fund | $  218,742,163 | |
| CD | Community Development Fund | 8,957,065 | $  227,699,228 |
| | **TRANSIT FUND:** | | |
| TR | Transit Fund | $  77,159,000 | $  77,159,000 |
| | **SPECIAL PROJECTS FUND:** | | |
| UT | Utilities' Share | $  100,000 | $  100,000 |
| | **TOTAL ALL FUNDS** | | $  2,121,722,973 |

EXHIBIT TWO
10 - 12

OCS/060110/11:33/HM

# CITY COUNCIL
### CITY AND COUNTY OF HONOLULU
#### HONOLULU, HAWAII

ORDINANCE _____ 1 0 - 1 2

BILL _____ 16 (2010), CD2

## A BILL FOR AN ORDINANCE

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | | SOURCE OF FUNDS | | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|
| 2002025 | POLICE STATIONS BUILDINGS IMPROVEMENTS | 20,000 | P | 2,000,000 | GI | 2,000,000 |
| | | 135,000 | D | | | |
| | Plan, design, construct, inspect and provide related | 1,730,000 | C | | | |
| | equipment for improvements to police stations and facilities. | 90,000 | I | | | |
| | | 25,000 | E | | | |
| 2006034 | UPGRADE SECURITY CAMERA SYSTEMS AT VARIOUS POLICE FACILITIES | 60,000 | P | 850,000 | GI | 850,000 |
| | | 110,000 | D | | | |
| | | 370,000 | C | | | |
| | Plan, design, construct, inspect and provide equipment for | 60,000 | I | | | |
| | the upgrade of security cameras at various locations such | 250,000 | E | | | |
| | as, Wahiawa, Pearl City, Kahuku, Kapolei, Waianae, Kaneohe and Kailua Police Stations. | | | | | |
| 2006039 | WAIANAE POLICE STATION REPLACEMENT | 10,000 | D | 5,000,000 | GI | 5,000,000 |
| | | 4,990,000 | C | | | |
| | Design and construct a replacement police station. | | | | | |
| | **POLICE** | | | | | |
| 2005028 | HONOLULU POLICE DEPARTMENT EQUIPMENT ACQUISITION | 5,674,000 | E | 5,674,000 | GI | 5,674,000 |
| | Acquisition of replacement equipment essential to police operations. | | | | | |
| | **FIRE STATIONS AND BUILDINGS** | | | | | |
| | **DESIGN AND CONSTRUCTION** | | | | | |
| 2009036 | EAST KAPOLEI FIRE STATION | 50,000 | D | 4,500,000 | GI | 4,500,000 |
| | | 3,550,000 | C | | | |
| | Design, construct, provide construction inspection and | 600,000 | I | | | |
| | related equipment for a new fire station. | 300,000 | E | | | |
| 1998021 | FIRE STATION BUILDINGS IMPROVEMENTS | 10,000 | P | 2,000,000 | GI | 2,000,000 |
| | | 290,000 | D | | | |
| | Plan, design, construct, inspect and provide related equipment | 1,613,000 | C | | | |
| | for improvements to fire stations and facilities. | 77,000 | I | | | |
| | | 10,000 | E | | | |
| 2000068 | HAUULA FIRE STATION RELOCATION | 50,000 | P | 100,000 | GI | 100,000 |
| | | 50,000 | D | | | |
| | Plan and design a replacement fire station. | | | | | |
| 2007012 | HONOLULU FIRE DEPARTMENT NPDES SMALL MS4 PERMIT PROGRAM | 10,000 | P | 370,000 | GI | 370,000 |
| | | 250,000 | D | | | |
| | | 100,000 | C | | | |
| | Plan, design and construct improvements at fire stations | 5,000 | I | | | |
| | and facilities to meet National Pollution Discharge Elimination | 5,000 | E | | | |
| | System (NPDES) requirements, provide construction inspection and related equipment. | | | | | |
| | **FIRE** | | | | | |
| 2005021 | HONOLULU FIRE DEPARTMENT EQUIPMENT ACQUISITION | 4,236,500 | E | 3,611,500 | GI | 4,236,500 |
| | | | | 625,000 | CD | |
| | Acquisition of 5 engines, an aerial apparatus, two portable column lifts, a stake truck, mid-size hybrid SUV, two vans, and three all terrain vehicles. | | | | | |

EXHIBIT TWO

PS-2

1 0 - 1 2

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII
C E R T I F I C A T E

O R D I N A N C E    1 0 – 1 2                                            **BILL 16 (2010), CD2**

Introduced:  03/03/10  By:  TODD APO (BR)                    Committee:  BUDGET

Title:  A BILL FOR AN ORDINANCE RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2010 TO JUNE 30, 2011.

Links:  BILL 16 (2010)
        BILL 16 (2010), CD1
        BILL 16 (2010), CD2
        CR-112
        CR-138

| | | |
|---|---|---|
| PUBLISH | 3/13/10 | PUBLIC HEARING NOTICE OF INTENT PUBLISHED IN THE HONOLULU STAR BULLETIN. |
| COUNCIL | 03/17/10 | BILL PASSED FIRST READING AND REFERRED TO BUDGET COMMITTEE. |

| | | | | |
|---|---|---|---|---|
| ANDERSON  Y | APO  Y | CACHOLA  Y | DELA CRUZ  Y | DJOU  Y |
| GARCIA  Y | KOBAYASHI  Y | OKINO  Y | TAM  Y | |

| | | |
|---|---|---|
| PUBLISH | 04/10/10 | PUBLIC HEARING NOTICE PUBLISHED IN THE HONOLULU STAR BULLETIN. |
| BUDGET | 04/12/10 | CR-112 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON SECOND READING AS AMENDED IN CD1 FORM AND SCHEDULING OF A PUBLIC HEARING. |
| COUNCIL/PUBLIC HEARING | 04/21/10 | CR-112 AND BILL 16 (2010), CD1 DEFERRED UNTIL MAY 12, 2010 COUNCIL MEETING. |

| | | | | |
|---|---|---|---|---|
| ANDERSON  Y | APO  A | CACHOLA  Y | DELA CRUZ  Y | DJOU  Y |
| GARCIA  Y | KOBAYASHI  Y | OKINO  Y | TAM  Y | |

| | | |
|---|---|---|
| COUNCIL | 05/12/10 | CR-112 AND BILL 16 (2010), CD1 PASSED SECOND READING AND REFERRED TO COMMITTEE ON BUDGET. |

| | | | | |
|---|---|---|---|---|
| ANDERSON  Y | APO  Y | CACHOLA  Y | DELA CRUZ  Y | DJOU  N |
| GARCIA  Y | KOBAYASHI  Y | OKINO  Y | TAM  Y | |

| | | |
|---|---|---|
| PUBLISH | 05/19/10 | SECOND READING NOTICE PUBLISHED IN THE HONOLULU STAR BULLETIN. |
| BUDGET | 05/24/10 | CR-138 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON THIRD READING AS AMENDED IN CD2 FORM. |

NOTE:  EFFECTIVE  MAY  25,  2010,  COUNCILMEMBER  CHARLES  DJOU, REPRESENTING COUNCIL DISTRICT IV, RESIGNED FROM OFFICE. (Refer to Communication CC-99)

ON JUNE 9, 2010, THE APPOINTMENT OF LEE DONOHUE WAS APPROVED (Refer to RES10-132, CD1, FD1 (VERSION A) AND HE WAS SWORN INTO OFFICE AS A MEMBER OF THE HONOLULU CITY COUNCIL REPRESENTING DISTRICT IV TO FILL THE REMAINING TERM OF FORMER COUNCILMEMBER CHARLES DJOU.

EXHIBIT TWO

1 0 – 1 2

10 - 12

| COUNCIL | 06/09/10 | CR-138 WAS ADOPTED AND BILL 16 (2010), CD2 PASSED THIRD READING AS AMENDED. |
|---|---|---|

| ANDERSON | Y | APO | Y | CACHOLA | Y | DELA CRUZ | Y | DONOHUE | Y |
|---|---|---|---|---|---|---|---|---|---|
| GARCIA | Y | KOBAYASHI | Y | OKINO | Y | TAM | Y | | |

I hereby certify that the above is a true record of action by the Council of the City and County of Honolulu on this BILL.

_____
BERNICE K. N. MAU, CITY CLERK

_____
TODD K. APO, CHAIR AND PRESIDING OFFICER

EXHIBIT TWO

10 - 12