

# CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL __1 4__ (2011)

## A BILL FOR AN ORDINANCE

RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2011 TO JUNE 30, 2012.

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1. The revenues from the following sources estimated for the fiscal year July 1, 2011 to June 30, 2012 are hereby provided and appropriated for the purposes set forth in Sections 2 through 8:

| FUND CODE | SOURCE OF FUNDS | | AMOUNT | | TOTAL |
|---|---|---|---:|---|---:|
| | **REVENUE BOND:** | | | | |
| SR | Sewer Revenue Bond Improvement Fund | $ | 236,899,000 | $ | 236,899,000 |
| | **GENERAL OBLIGATION BONDS:** | | | | |
| GI | General Improvement Bond Fund | $ | 62,311,700 | | |
| HI | Highway Improvement Bond Fund | $ | 82,092,400 | | |
| WB | Solid Waste Improvement Bond Fund | $ | 11,191,000 | $ | 155,595,100 |
| | **CAPITAL PROJECTS FUNDS:** | | | | |
| SW | Sewer Fund | $ | 69,998,764 | | |
| PP | Parks and Playground Fund | $ | 4,086,000 | | |
| AF | Affordable Housing Fund | $ | 6,000,000 | | |
| BT | Bus Transportation Fund | $ | 1,045,200 | | |
| CF | Clean Water and Natural Lands Fund | $ | 3,000,000 | | |
| GC | Golf Fund | $ | 505,000 | | |
| SV | Special Events Fund | $ | 233,500 | | |
| BK | Bikeway Fund | $ | 200,000 | | |
| GT | General Trust Fund (McCoy Pavillion Trust Fund) | $ | 800,000 | | |
| HW | Highway Fund | $ | 610,000 | | |
| WF | Sld Wst Dis Fac Acct-SWSF | $ | 8,000,000 | | |
| HN | Hanauma Bay Nature Preserve Fund | $ | 100,000 | | |
| EW | Ewa Highway Impact Fee | $ | 736,000 | $ | 95,314,464 |
| | **FEDERAL FUNDS:** | | | | |
| FG | Federal Grants Fund | $ | 31,357,258 | | |
| CD | Community Development Fund | $ | 6,831,326 | $ | 38,188,584 |
| | **SPECIAL PROJECTS FUND:** | | | | |
| UT | Utilities' Share | $ | 100,000 | $ | 100,000 |
| | **TOTAL ALL FUNDS** | | | $ | 526,097,148 |

BFSCIPORD.B11        EXHIBIT THREE        MM __36__  B



**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL ___1 4___ (2011)

## A BILL FOR AN ORDINANCE

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | SOURCE OF FUNDS | TOTAL ALL FUNDS |
|---|---|---|---|---|
| | **FIRE STATIONS AND BUILDINGS** | | | |
| | **DESIGN AND CONSTRUCTION** | | | |
| 2009036 | EAST KAPOLEI FIRE STATION | 5,000 D | 1,210,000 GI | 1,210,000 |
| | Design, construct and provide construction inspection and related equipment for a new regional Fire Station in East Kapolei. | 1,190,000 C | | |
| | | 5,000 I | | |
| | | 10,000 E | | |
| 1998021 | FIRE STATION BUILDINGS IMPROVEMENTS | 10,000 P | 2,000,000 GI | 2,000,000 |
| | Plan, design, construct and provide construction inspection and related equipment for fire facility improvements. | 320,000 D | | |
| | | 1,540,000 C | | |
| | | 100,000 I | | |
| | | 30,000 E | | |
| 2007012 | HONOLULU FIRE DEPARTMENT NPDES SMALL MS4 PERMIT PROGRAM | 5,000 P | 1,040,000 GI | 1,040,000 |
| | Plan, design and construct improvements at fire stations and facilities to meet National Pollution Discharge Elimination System (NPDES) requirements. Provide construction inspection and related equipment. | 200,000 D | | |
| | | 750,000 C | | |
| | | 80,000 I | | |
| | | 5,000 E | | |
| | **FIRE** | | | |
| 2005021 | HONOLULU FIRE DEPARTMENT EQUIPMENT ACQUISITION | 2,436,500 E | 2,436,500 GI | 2,436,500 |
| | Acquisition of replacement equipment essential to fire operations. | | | |
| | **TRAFFIC IMPROVEMENTS** | | | |
| | **TRANSPORTATION SERVICES** | | | |
| 1999311 | COMPUTERIZED TRAFFIC CONTROL SYSTEM | 375,000 D | 77,000 HI | 2,877,000 |
| | Design, construct and inspect traffic cameras, signal controls and traffic center technology at various locations. | 2,501,000 C | 2,800,000 FG | |
| | | 1,000 I | | |

7

EXHIBIT THREE



# CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL __1 4_ (2011)_____

## A BILL FOR AN ORDINANCE

SECTION 16. This Ordinance shall take effect on July 1, 2011.

INTRODUCED BY:

_____ (br)

_____

_____

_____

_____

_____

_____

DATE OF INTRODUCTION:

_____
Councilmembers

MAR 02 2011
Honolulu, Hawaii

APPROVED AS TO FORM AND LEGALITY:

_____
Deputy Corporation Counsel

APPROVED this _____ day of _____, 20_____.

_____
PETER B. CARLISLE, Mayor
City and County of Honolulu

EXHIBIT THREE