

# CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE  1 1 – 1 1

BILL  **14 (2011), CD2, FD1**

(EM)  Version A

## A BILL FOR AN ORDINANCE

RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2011 TO JUNE 30, 2012.

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1.  The revenues from the following sources estimated for the fiscal year July 1, 2011 to June 30, 2012 are hereby provided and appropriated for the purposes set forth in Sections 2 through 8:

| FUND CODE | SOURCE OF FUNDS | AMOUNT | TOTAL |
|---|---|---|---|
| | **REVENUE BOND:** | | |
| SR | Sewer Revenue Bond Improvement Fund | $ 210,899,000 | $ 210,899,000 |
| | **GENERAL OBLIGATION BONDS:** | | |
| GI | General Improvement Bond Fund | $ 69,814,700 | |
| HI | Highway Improvement Bond Fund | 115,352,400 | |
| WB | Solid Waste Improvement Bond Fund | 11,191,000 | $ 196,358,100 |
| | **CAPITAL PROJECTS FUNDS:** | | |
| SW | Sewer Fund | $ 69,998,764 | |
| PP | Parks and Playground Fund | 4,086,000 | |
| AF | Affordable Housing Fund | 6,500,000 | |
| BT | Bus Transportation Fund | 1,045,200 | |
| CF | Clean Water and Natural Lands Fund | 3,825,000 | |
| GC | Golf Fund | 505,000 | |
| SV | Special Events Fund | 233,500 | |
| BK | Bikeway Fund | 200,000 | |
| GT | General Trust Fund (McCoy Pavilion Trust Fund) | 800,000 | |
| HW | Highway Fund | 610,000 | |
| WF | Sld Wst Dis Fac Acct-SWSF | 8,000,000 | |
| HN | Hanauma Bay Nature Preserve Fund | 100,000 | |
| EW | Ewa Highway Impact Fee | 736,000 | $ 96,639,464 |
| | **FEDERAL FUNDS:** | | |
| FG | Federal Grants Fund | $ 36,589,210 | |
| CD | Community Development Fund | 6,831,326 | $ 43,420,536 |
| | **SPECIAL PROJECTS FUND:** | | |
| UT | Utilities' Share | $ 100,000 | $ 100,000 |
| | **TOTAL ALL FUNDS** | | $ 547,417,100 |

EXHIBIT FOUR

1 1 – 1 1



# CITY COUNCIL
### CITY AND COUNTY OF HONOLULU
### HONOLULU, HAWAII

ORDINANCE __1 1 - 1 1__

BILL ____14 (2011), CD2, FD1____

## A BILL FOR AN ORDINANCE

SECTION 3.  The monies described in Section 1 for the fiscal year July 1, 2011 to June 30, 2012 are appropriated as indicated to the following projects and public improvements in the PUBLIC SAFETY function.  Nothing in this section shall be construed as restricting the allocation of monies among the work phase appropriations (e.g., planning, design, and construction).

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | | SOURCE OF FUNDS | | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|
| | **PUBLIC SAFETY** | | | | | |
| | **POLICE STATIONS AND BUILDINGS** | | | | | |
| | _DESIGN AND CONSTRUCTION_ | | | | | |
| 2007020 | HONOLULU POLICE DEPARTMENT NPDES SMALL MS4 PERMIT PROGRAM | 5,000<br>150,000<br>800,000<br>80,000<br>5,000 | P<br>D<br>C<br>I<br>E | 1,040,000 | GI | 1,040,000 |
| | Plan, design and construct improvements to police stations and facilities to meet National Pollutant Discharge Elimination System (NPDES) requirements, provide construction inspection and related equipment. | | | | | |
| 2009034 | MICROWAVE RADIO SPUR EQUIP AND FACILITIES UPGRADE | 5,000<br>20,000<br>100,000<br>50,000<br>100,000 | P<br>D<br>C<br>I<br>E | 275,000 | GI | 275,000 |
| | Plan, design, construct, inspect and procure equipment for microwave spur radio antenna tower and supporting facilities improvements. | | | | | |
| 2002025 | POLICE STATIONS BUILDINGS IMPROVEMENTS | 10,000<br>100,000<br>60,000<br>1,800,000<br>20,000<br>10,000 | L<br>P<br>D<br>C<br>I<br>E | 2,000,000 | GI | 2,000,000 |
| | Acquire land, plan, design, construct, inspect and provide related equipment for improvements to police stations and facilities. | | | | | |
| 2006039 | WAIANAE POLICE STATION REPLACEMENT | 10,000<br>10,000<br>6,030,000<br>100,000<br>50,000 | P<br>D<br>C<br>I<br>E | 6,200,000 | GI | 6,200,000 |
| | Plan, design, construct, provide construction inspection and related equipment for a replacement police station. | | | | | |
| | _POLICE_ | | | | | |
| 2005028 | HONOLULU POLICE DEPARTMENT EQUIPMENT ACQUISITION | 3,336,000 | E | 3,336,000 | GI | 3,336,000 |
| | Acquisition of replacement equipment essential to police operations. | | | | | |
| | **FIRE STATIONS AND BUILDINGS** | | | | | |
| | _DESIGN AND CONSTRUCTION_ | | | | | |
| 2009036 | EAST KAPOLEI FIRE STATION | 5,000<br>1,190,000<br>5,000<br>10,000 | D<br>C<br>I<br>E | 1,210,000 | GI | 1,210,000 |
| | Design, construct and provide construction inspection and related equipment for a new regional Fire Station in East Kapolei. | | | | | |
| 1998021 | FIRE STATION BUILDINGS IMPROVEMENTS | 10,000<br>320,000<br>1,540,000<br>100,000<br>30,000 | P<br>D<br>C<br>I<br>E | 2,000,000 | GI | 2,000,000 |
| | Plan, design, construct and provide construction inspection and related equipment for fire facility improvements. | | | | | |

EXHIBIT FOUR

PS-1



# CITY COUNCIL
### CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE ___11-11___

BILL ___14 (2011), CD2, FD1___

## A BILL FOR AN ORDINANCE

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | | SOURCE OF FUNDS | | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|
| | FIRE STATIONS RELOCATIONS-FEASIBILITY STUDY | 250,000 | P | 250,000 | GI | 250,000 |
| | To conduct a feasibility study of where to relocate various fire stations that are currently in a state of disrepair. | | | | | |
| 2007012 | HONOLULU FIRE DEPARTMENT NPDES SMALL MS4 PERMIT PROGRAM | 5,000 200,000 750,000 80,000 5,000 | P D C I E | 1,040,000 | GI | 1,040,000 |
| | Plan, design and construct improvements at fire stations and facilities to meet National Pollution Discharge Elimination System (NPDES) requirements. Provide construction inspection and related equipment. | | | | | |
| | **FIRE** | | | | | |
| 2005021 | HONOLULU FIRE DEPARTMENT EQUIPMENT ACQUISITION | 2,436,500 | E | 2,436,500 | GI | 2,436,500 |
| | Acquisition of replacement equipment essential to fire operations. | | | | | |
| | **TRAFFIC IMPROVEMENTS** | | | | | |
| | **TRANSPORTATION SERVICES** | | | | | |
| 1999311 | COMPUTERIZED TRAFFIC CONTROL SYSTEM | 375,000 2,501,000 1,000 | D C I | 77,000 2,800,000 | HI FG | 2,877,000 |
| | Design, construct and inspect traffic cameras, signal controls and traffic center technology at various locations. | | | | | |
| | KAILUA SUPPLEMENTAL TRAFFIC ANALYSIS | 49,000 1,000 | P D | 50,000 | GI | 50,000 |
| | Funding to conduct studies necessary to develop a comprehensive assessment of current traffic patterns and volumes within the general urban area of Kailua. | | | | | |
| 1996306 | TRAFFIC IMPROVEMENTS AT VARIOUS LOCATIONS | 1,000 1,581,000 240,000 | D C I | 364,400 1,457,600 | HI FG | 1,822,000 |
| | Design, construct and inspect traffic improvements at various locations. | | | | | |
| 2004130 | TRAFFIC SIGNALS AND SIGNAL LOOPS | 1,000 74,000 | D C | 75,000 | HI | 75,000 |
| | Design and construct traffic signalization loops at various locations. | | | | | |
| 1999312 | TRAFFIC SIGNALS AT VARIOUS LOCATIONS | 1,000 250,000 3,125,000 20,000 1,000 | P D C I E | 697,000 2,700,000 | HI FG | 3,397,000 |
| | Plan, design, construct, inspect and purchase equipment for traffic signals at various locations. | | | | | |
| 2008090 | UPGRADE PEDESTRIAN SIGNALS AT VARIOUS LOCATIONS | 1,000 149,000 | D C | 150,000 | HI | 150,000 |
| | Design and construct pedestrian signal improvements at various locations. | | | | | |

EXHIBIT FOUR



# CITY COUNCIL
### CITY AND COUNTY OF HONOLULU
### HONOLULU, HAWAII

ORDINANCE __1 1 – 1 1__

BILL __14 (2011), CD2, FD1__

## A BILL FOR AN ORDINANCE

SECTION 16.  This Ordinance shall take effect on July 1, 2011.

INTRODUCED BY:

Nestor Garcia (BR)

DATE OF INTRODUCTION:

March 2, 2011
Honolulu, Hawaii

Councilmembers

APPROVED AS TO FORM AND LEGALITY:

Deputy Corporation Counsel

APPROVED this 21st day of June , 20 11 .

PETER B. CARLISLE, Mayor
City and County of Honolulu

EXHIBIT FOUR

Proviso-7

1 1 – 1 1

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII
C E R T I F I C A T E

O R D I N A N C E 1 1 – 1 1

**BILL 14 (2011), CD2, FD1 (EM)
(VERSION A)**

Introduced: 03/02/11  By: NESTOR GARCIA (BR)                    Committee: BUDGET

Title: A BILL FOR AN ORDINANCE RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2011 TO JUNE 30, 2012.

Links: BILL 14 (2011)
       BILL 14 (2011), CD1
       BILL 14 (2011), CD2, FD1 (EM) (VERSION A)
       CR-111
       CR-170

Voting Legend: Y= Aye, Y* = Aye w/Reservations, N = No, A = Absent, ABN = Abstain

| | | |
|---|---|---|
| PUBLISH | 03/12/11 | PUBLIC HEARING NOTICE OF INTENT PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| COUNCIL | 03/16/11 | BILL PASSED FIRST READING AND WAS REFERRED TO COMMITTEE ON BUDGET. |

|  |  |  |  |  |
|---|---|---|---|---|
| ANDERSON Y | BERG Y | CACHOLA Y | CHANG Y | GABBARD TAMAYO Y |
| GARCIA Y | HARIMOTO Y | KOBAYASHI Y | MARTIN Y | |

| | | |
|---|---|---|
| PUBLISH | 04/09/11 | PUBLIC HEARING NOTICE PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| BUDGET | 04/12/11 | CR-111 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON SECOND READING AS AMENDED IN CD1 FORM AND SCHEDULING OF A PUBLIC HEARING. |
| COUNCIL/PUBLIC HEARING | 04/20/11 | CR-111 ADOPTED. BILL PASSED SECOND READING AS AMENDED, PUBLIC HEARING CLOSED AND REFERRED TO COMMITTEE ON BUDGET. |

|  |  |  |  |  |
|---|---|---|---|---|
| ANDERSON Y | BERG Y | CACHOLA Y* | CHANG Y | GABBARD TAMAYO Y |
| GARCIA Y | HARIMOTO N | KOBAYASHI Y | MARTIN Y | |

| | | |
|---|---|---|
| PUBLISH | 05/02/11 | SECOND READING NOTICE PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| BUDGET | 05/17/11 | CR-170 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON THIRD READING AS AMENDED IN CD2 FORM. |

EXHIBIT FOUR

1 1 – 1 1

1 1 - 1 1

| COUNCIL | | 06/03/11 | NOTE: BILL 14 (2011), CD2, FD1 (EM), POSTED ON THE AGENDA WAS NOT CONSIDERED. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

MOTION TO AMEND BILL TO CD2, FD1 (BH) FAILED.

| ANDERSON | A | BERG | Y | CACHOLA | N | CHANG | N | GABBARD | N |
|---|---|---|---|---|---|---|---|---|---|
| GARCIA | N | HARIMOTO | Y | KOBAYASHI | N | MARTIN | A | | |

MOTION TO AMEND BILL TO CD2, FD1 (TB) FAILED.

| ANDERSON | N | BERG | Y | CACHOLA | N | CHANG | A | GABBARD | N |
|---|---|---|---|---|---|---|---|---|---|
| GARCIA | N | HARIMOTO | Y | KOBAYASHI | A | MARTIN | N | | |

BILL AMENDED TO CD2, FD1 (EM) (VERSION A).

| ANDERSON | Y | BERG | N | CACHOLA | Y | CHANG | A | GABBARD | Y |
|---|---|---|---|---|---|---|---|---|---|
| GARCIA | Y | HARIMOTO | Y | KOBAYASHI | Y | MARTIN | Y | | |

CR-170 ADOPTED AND BILL 14 (2011), CD2, FD1 (EM) (VERSION A) PASSED THIRD READING.

| ANDERSON | Y | BERG | N | CACHOLA | Y | CHANG | Y | GABBARD | Y |
|---|---|---|---|---|---|---|---|---|---|
| GARCIA | Y | HARIMOTO | N | KOBAYASHI | Y | MARTIN | Y | | |

I hereby certify that the above is a true record of action by the Council of the City and County of Honolulu on this BILL.

_____
BERNICE K. N. MAU, CITY CLERK

_____
NESTOR R. GARCIA, CHAIR AND PRESIDING OFFICER

EXHIBIT FOUR

1 1 - 1 1