

**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL ___15___ (2012)

## A BILL FOR AN ORDINANCE

RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2012 TO JUNE 30, 2013.

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1. The revenues from the following sources estimated for the fiscal year July 1, 2012 to June 30, 2013 are hereby provided and appropriated for the purposes set forth in Sections 2 through 8:

| FUND CODE | SOURCE OF FUNDS | | AMOUNT | | TOTAL |
|---|---|---|---|---|---|
| | **REVENUE BOND:** | | | | |
| SR | Sewer Revenue Bond Improvement Fund | $ | 225,706,000 | $ | 225,706,000 |
| | **GENERAL OBLIGATION BONDS:** | | | | |
| GI | General Improvement Bond Fund | $ | 45,686,000 | | |
| HI | Highway Improvement Bond Fund | $ | 107,378,000 | | |
| WB | Solid Waste Improvement Bond Fund | $ | 24,306,000 | $ | 177,370,000 |
| | **CAPITAL PROJECTS FUNDS:** | | | | |
| SW | Sewer Fund | $ | 70,008,069 | | |
| PP | Parks and Playground Fund | $ | 629,000 | | |
| ST | State Funds | $ | 4,000,000 | | |
| AF | Affordable Housing Fund | $ | 7,600,000 | | |
| BT | Bus Transportation Fund | $ | 3,042,000 | | |
| CF | Clean Water and Natural Lands Fund | $ | 3,000,000 | | |
| GC | Golf Fund | $ | 505,000 | | |
| SV | Special Events Fund | $ | 195,000 | | |
| BK | Bikeway Fund | $ | 342,000 | | |
| HW | Highway Fund | $ | 7,684,000 | | |
| WF | Sld Wst Dis Fac Acct-SWSF | $ | 20,000,000 | | |
| GN | General Fund | $ | 5,774,000 | | |
| DV | Developer's Share | $ | 165,000 | | |
| EW | Ewa Highway Impact Fee | $ | 2,200,000 | $ | 125,144,069 |
| | **FEDERAL FUNDS:** | | | | |
| FG | Federal Grants Fund | $ | 41,471,624 | | |
| CD | Community Development Fund | $ | 7,954,097 | $ | 49,425,721 |
| | **SPECIAL PROJECTS FUND:** | | | | |
| UT | Utilities' Share | $ | 100,000 | $ | 100,000 |
| | **TOTAL ALL FUNDS** | | | $ | 577,745,790 |

BFSCIPORD.B12      EXHIBIT FIVE

MM 22   B



# CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL   1 5   (2012)

## A BILL FOR AN ORDINANCE

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | SOURCE OF FUNDS | TOTAL ALL FUNDS |
|---|---|---|---|---|
| | **POLICE** | | | |
| 2005028 | HONOLULU POLICE DEPARTMENT EQUIPMENT ACQUISITION | 3,365,000 E | 3,365,000 GN | 3,365,000 |
| | Acquisition of replacement equipment essential to police operations. | | | |
| | **FIRE STATIONS AND BUILDINGS** | | | |
| | **DESIGN AND CONSTRUCTION** | | | |
| 2003029 | CHARLES H. THURSTON TRAINING CENTER (HFD TRAINING CENTER) | 100,000 P | 100,000 GI | 100,000 |
| | Master plan facility improvements. | | | |
| 1976166 | EWA BEACH FIRE STATION RELOCATION (OCEAN POINTE) | 100,000 I | 100,000 GI | 100,000 |
| | Provide construction management services. | | | |
| 1998021 | FIRE STATION BUILDINGS IMPROVEMENTS | 10,000 P | 2,000,000 GI | 2,000,000 |
| | Plan, design, construct and provide construction inspection and related equipment for facility improvements. | 305,000 D | | |
| | | 1,585,000 C | | |
| | | 80,000 I | | |
| | | 20,000 E | | |
| 2000068 | HAUULA FIRE STATION RELOCATION | 50,000 P | 650,000 GI | 650,000 |
| | Plan, design and construct new fire station and related improvements. | 100,000 D | | |
| | | 500,000 C | | |
| 2007012 | HONOLULU FIRE DEPARTMENT NPDES SMALL MS4 PERMIT PROGRAM | 5,000 P | 425,000 GI | 425,000 |
| | Plan, design, construct, inspect and provide related equipment for NPDES improvements to fire stations and facilities. | 45,000 D | | |
| | | 350,000 C | | |
| | | 20,000 I | | |
| | | 5,000 E | | |

EXHIBIT FIVE

7



# CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL __15_(2012)__

## A BILL FOR AN ORDINANCE

SECTION 16. This Ordinance shall take effect on July 1, 2012.

INTRODUCED BY:

_____ (br)

_____

_____

_____

_____

_____

DATE OF INTRODUCTION:

MAR 0 2 2012
Honolulu, Hawaii                               Councilmembers

APPROVED AS TO FORM AND LEGALITY:

_____
Deputy Corporation Counsel

APPROVED this _____ day of _____, 20_____.

_____
PETER B. CARLISLE, Mayor
City and County of Honolulu

EXHIBIT FIVE