

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE 12-20

BILL 15 (2012), CD2, FD2
(AK)

# A BILL FOR AN ORDINANCE

RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2012 TO JUNE 30, 2013.

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1. The revenues from the following sources estimated for the fiscal year July 1, 2012 to June 30, 2013 are hereby provided and appropriated for the purposes set forth in Sections 2 through 8:

| FUND CODE | SOURCE OF FUNDS | AMOUNT | TOTAL |
|---|---|---|---|
| | **REVENUE BOND:** | | |
| SR | Sewer Revenue Bond Improvement Fund | $ 223,704,000 | $ 223,704,000 |
| | **GENERAL OBLIGATION BONDS:** | | |
| GI | General Improvement Bond Fund | $ 62,255,000 | |
| HI | Highway Improvement Bond Fund | 135,953,000 | |
| WB | Solid Waste Improvement Bond Fund | 24,306,000 | $ 222,514,000 |
| | **CAPITAL PROJECTS FUNDS:** | | |
| SW | Sewer Fund | $ 72,958,069 | |
| PP | Parks and Playground Fund | 629,000 | |
| ST | State Funds | 4,000,000 | |
| AF | Affordable Housing Fund | 7,600,000 | |
| BT | Bus Transportation Fund | 3,042,000 | |
| CF | Clean Water and Natural Lands Fund | 5,828,250 | |
| GC | Golf Fund | 505,000 | |
| SV | Special Events Fund | 195,000 | |
| BK | Bikeway Fund | 342,000 | |
| HW | Highway Fund | 6,684,000 | |
| WF | Sld Wst Dis Fac Acct-SWSF | 20,000,000 | |
| GN | General Fund | 200,000 | |
| DV | Developer's Share | 165,000 | |
| EW | Ewa Highway Impact Fee | 2,200,000 | $ 124,348,319 |
| | **FEDERAL FUNDS:** | | |
| FG | Federal Grants Fund | $ 41,471,624 | |
| CD | Community Development Fund | 7,954,097 | $ 49,425,721 |
| | **SPECIAL PROJECTS FUND:** | | |
| UT | Utilities' Share | $ 100,000 | $ 100,000 |
| | **TOTAL ALL FUNDS** | | **$ 620,092,040** |

EXHIBIT SIX



ORDINANCE 12-20

BILL 15 (2012), CD2, FD2

# A BILL FOR AN ORDINANCE

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | | SOURCE OF FUNDS | | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|
| | **FIRE STATIONS AND BUILDINGS** | | | | | |
| | **DESIGN AND CONSTRUCTION** | | | | | |
| 2003029 | CHARLES H. THURSTON TRAINING CENTER (HFD TRAINING CENTER)<br><br>Master plan facility improvements. | 100,000 | P | 100,000 | GI | 100,000 |
| 1976166 | EWA BEACH FIRE STATION RELOCATION (OCEAN POINTE)<br><br>Provide construction management services. | 100,000 | I | 100,000 | GI | 100,000 |
| 1998021 | FIRE STATION BUILDINGS IMPROVEMENTS<br><br>Plan, design, construct and provide construction inspection and related equipment for facility improvements. | 10,000<br>305,000<br>1,585,000<br>80,000<br>20,000 | P<br>D<br>C<br>I<br>E | 2,000,000 | GI | 2,000,000 |
| 2007012 | HONOLULU FIRE DEPARTMENT NPDES SMALL MS4 PERMIT PROGRAM<br><br>Plan, design, construct, inspect and provide related equipment for NPDES improvements to fire stations and facilities. | 5,000<br>45,000<br>350,000<br>20,000<br>5,000 | P<br>D<br>C<br>I<br>E | 425,000 | GI | 425,000 |
| | **FIRE** | | | | | |
| 2005021 | HONOLULU FIRE DEPARTMENT EQUIPMENT ACQUISITION<br><br>Acquisition of replacement equipment essential to fire operations. | 4,125,000 | E | 2,500,000<br>1,625,000 | GI<br>CD | 4,125,000 |
| | **TRAFFIC IMPROVEMENTS** | | | | | |
| | **TRANSPORTATION SERVICES** | | | | | |
| 1999311 | COMPUTERIZED TRAFFIC CONTROL SYSTEM<br><br>Design, construct, inspect and purchase equipment for traffic cameras, signal controls and traffic center technology at various locations. | 375,000<br>2,974,000<br>50,000<br>1,000 | D<br>C<br>I<br>E | 700,000<br>2,700,000 | HI<br>FG | 3,400,000 |

EXHIBIT SIX

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII
CERTIFICATE

ORDINANCE 12-20 **BILL 15 (2012), CD2, FD2 (AK)**

Introduced: 03/02/12 By: ERNEST MARTIN (BR) Committee: BUDGET

Title: A BILL FOR AN ORDINANCE RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2012 TO JUNE 30, 2013.

Links: BILL 15 (2012)
BILL 15 (2012), CD1, FD1
BILL 15 (2012), CD2, FD2 (AK)
CR-135
CR-180

Voting Legend: Y= Aye, Y* = Aye w/Reservations, N = No, A = Absent, ABN = Abstain

| | | |
|---|---|---|
| PUBLISH | 03/10/12 | PUBLIC HEARING NOTICE OF INTENT PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| COUNCIL | 03/21/12 | BILL PASSED FIRST READING AND REFERRED TO COMMITTEE ON BUDGET. |
| | | ANDERSON Y, BERG Y, CACHOLA Y, CHANG Y, GABBARD Y, GARCIA Y, HARIMOTO A, KOBAYASHI Y, MARTIN Y |
| BUDGET | 04/12/12 | CR-135 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON SECOND READING AS AMENDED IN CD1 FORM AND SCHEDULING OF A PUBLIC HEARING. |
| PUBLISH | 04/14/12 | PUBLIC HEARING NOTICE PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| COUNCIL/PUBLIC HEARING | 04/25/12 | BILL AMENDED TO CD1, FD1. |
| | | ANDERSON Y, BERG Y, CACHOLA A, CHANG A, GABBARD Y*, GARCIA Y, HARIMOTO Y, KOBAYASHI Y, MARTIN Y |
| | | CR-135 ADOPTED. BILL PASSED SECOND READING, PUBLIC HEARING CLOSED AND REFERRED TO COMMITTEE ON BUDGET. |
| | | ANDERSON Y, BERG Y, CACHOLA A, CHANG A, GABBARD Y*, GARCIA Y*, HARIMOTO Y*, KOBAYASHI Y, MARTIN Y |
| PUBLISH | 05/03/12 | SECOND READING NOTICE PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| BUDGET | 05/10/12 | CR-180 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON THIRD READING AS AMENDED IN FD1, CD2 FORM. |

EXHIBIT SIX

12-20

12-20

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNCIL | 06/06/12 | BILL FAILED TO BE AMENDED TO CD2, FD2 (NG). | | | | | | | | | |
| ANDERSON | N | BERG | Y | CACHOLA | N | CHANG | N | GABBARD | N | | |
| GARCIA | Y | HARIMOTO | Y | KOBAYASHI | N | MARTIN | N | | | | |
| | | BILL AMENDED TO CD2, FD2 (AK). | | | | | | | | | |
| ANDERSON | Y | BERG | Y | CACHOLA | Y | CHANG | Y | GABBARD | Y | | |
| GARCIA | Y | HARIMOTO | Y | KOBAYASHI | Y | MARTIN | Y | | | | |
| | | CR-180 ADOPTED AND BILL 15 (2012), CD2, FD2 (AK) PASSED THIRD READING. | | | | | | | | | |
| ANDERSON | Y | BERG | Y | CACHOLA | A | CHANG | Y | GABBARD | Y | | |
| GARCIA | Y | HARIMOTO | Y | KOBAYASHI | Y | MARTIN | Y | | | | |

I hereby certify that the above is a true record of action by the Council of the City and County of Honolulu on this BILL.

[signature]
BERNICE K. N. MAU, CITY CLERK

[signature]
ERNEST Y. MARTIN, CHAIR AND PRESIDING OFFICER

EXHIBIT SIX

12-20

ORDINANCE NO. 12-20

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

# CERTIFICATE

I hereby certify that on June 6, 2012, Bill 15 (2012), CD2, FD2 (AK) was presented to the Honorable Peter B. Carlisle, Mayor of the City and County of Honolulu, for his approval or otherwise; and that on June 22, 2012, the Mayor returned said Bill without his signature; therefore, pursuant to Section 3-203 of the Revised Charter of Honolulu, said Bill 15 (2012), CD2, FD2 (AK) became a duly enacted ordinance on June 22, 2012.

Dated, Honolulu, State of Hawaii, this 22nd day of June, 2012.

CITY COUNCIL

By ______________________
ERNEST Y. MARTIN
Chair and Presiding Officer

ATTEST:

______________________
BERNICE K. N. MAU
City Clerk

EXHIBIT SIX