

**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL ___ 12 (2013)

## A BILL FOR AN ORDINANCE

RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2013 TO JUNE 30, 2014

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1. The revenues from the following sources estimated for the fiscal year July 1, 2013 to June 30, 2014 are hereby provided and appropriated for the purposes set forth in Sections 2 through 8:

| FUND CODE | SOURCE OF FUNDS | AMOUNT | TOTAL |
|---|---|---:|---:|
| | **REVENUE BOND:** | | |
| SR | Sewer Revenue Bond Improvement Fund | $ 144,387,000 | $ 144,387,000 |
| | **GENERAL OBLIGATION BONDS:** | | |
| GI | General Improvement Bond Fund | $ 74,631,000 | |
| HI | Highway Improvement Bond Fund | 197,807,000 | |
| WB | Solid Waste Improvement Bond Fund | 7,182,000 | $ 279,620,000 |
| | **CAPITAL PROJECTS FUNDS:** | | |
| AF | Affordable Housing Fund | $ 4,600,000 | |
| BK | Bikeway Fund | 334,000 | |
| BT | Bus Transportation Fund | 1,065,800 | |
| CF | Clean Water and Natural Lands Fund | 12,000,000 | |
| GC | Golf Fund | 555,000 | |
| GN | General Fund | 4,872,900 | |
| HD | Housing Development Special Fund | 605,000 | |
| HN | Hanauma Bay Nature Preserve Fund | 1,087,000 | |
| HW | Highway Fund | 5,369,000 | |
| PP | Parks and Playground Fund | 1,361,352 | |
| ST | State Funds | 2,000,000 | |
| SV | Special Events Fund | 255,000 | |
| SW | Sewer Fund | 70,578,942 | |
| WF | Solid Waste Special Fund | 15,403,602 | $ 120,087,596 |
| | **FEDERAL FUNDS:** | | |
| CD | Community Development Fund | $ 40,585,154 | |
| FG | Federal Grants Fund | 37,853,023 | $ 78,438,177 |
| | **SPECIAL PROJECTS FUND:** | | |
| UT | Utilities' Share | $ 100,000 | $ 100,000 |
| | **TOTAL ALL FUNDS** | | $ 622,632,773 |

BFSCIPORD.B13

EXHIBIT SEVEN

MM 34

B



**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL _____12 (2013)_____

## A BILL FOR AN ORDINANCE

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | SOURCE OF FUND | TOTAL ALL FUNDS |
|---|---|---|---|---|
| | **POLICE** | | | |
| 2005028 | HONOLULU POLICE DEPARTMENT EQUIPMENT ACQUISITION<br>Acquisition of equipment essential to police operations. | 3,933,000 E | 627,000 GN<br>3,306,000 HW | 3,933,000 |
| | **FIRE STATIONS AND BUILDINGS** | | | |
| | **DESIGN AND CONSTRUCTION** | | | |
| 1998021 | FIRE STATION BUILDINGS IMPROVEMENTS<br>Plan, design, construct, inspect and provide related equipment for fire facility improvements. | 5,000 P<br>200,000 D<br>1,700,000 C<br>80,000 I<br>15,000 E | 2,000,000 GI | 2,000,000 |
| 2000068 | HAUULA FIRE STATION RELOCATION<br>Plan and design a replacement fire station. | 5,000 P<br>745,000 D | 750,000 GI | 750,000 |
| 2007012 | HONOLULU FIRE DEPARTMENT NPDES SMALL MS4 PERMIT PROGRAM<br>Plan, design, construct, inspect and provide equipment for improvements at fire stations and facilities to meet National Pollutant Discharge Elimination System (NPDES) requirements. | 5,000 P<br>340,000 D<br>1,810,000 C<br>135,000 I<br>65,000 E | 2,355,000 GI | 2,355,000 |
| 2014079 | KUAKINI FIRE STATION RECONSTRUCTION<br>Construct, inspect, and provide related equipment for station improvements. | 3,000,000 C<br>150,000 I<br>120,000 E | 3,270,000 GI | 3,270,000 |
| | **FIRE** | | | |
| 2005021 | HONOLULU FIRE DEPARTMENT EQUIPMENT ACQUISITION<br>Acquisition of equipment essential to fire operations. | 3,288,000 E | 3,125,000 GI<br>163,000 GN | 3,288,000 |

EXHIBIT SEVEN



**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL ___12___ (2013)

## A BILL FOR AN ORDINANCE

SECTION 16. This Ordinance shall take effect on July 1, 2013.

INTRODUCED BY:

_____ (br)

_____

_____

_____

_____

_____

DATE OF INTRODUCTION:

_____

MAR 0 1 2013
_____
Honolulu, Hawaii                                    Councilmembers

APPROVED AS TO FORM AND LEGALITY:

_____
Deputy Corporation Counsel

APPROVED this _____ day of _____, 20_____.

_____
KIRK W. CALDWELL, Mayor
City and County of Honolulu

EXHIBIT SEVEN