


ORDINANCE 13-20

BILL 12 (2013), CD2, FD1

# A BILL FOR AN ORDINANCE

RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2013 TO JUNE 30, 2014.

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1. The revenues from the following sources estimated for the fiscal year July 1, 2013 to June 30, 2014 are hereby provided and appropriated for the purposes set forth in Sections 2 through 8:

| FUND CODE | SOURCE OF FUNDS | AMOUNT | TOTAL |
|---|---|---|---|
| | **REVENUE BOND:** | | |
| SR | Sewer Revenue Bond Improvement Fund | $ 139,184,000 | $ 139,184,000 |
| | **GENERAL OBLIGATION BONDS:** | | |
| GI | General Improvement Bond Fund | $ 110,409,300 | |
| HI | Highway Improvement Bond Fund | 196,826,000 | |
| WB | Solid Waste Improvement Bond Fund | 6,082,000 | $ 313,317,300 |
| | **CAPITAL PROJECTS FUNDS:** | | |
| SW | Sewer Fund | $ 70,578,942 | |
| PP | Parks and Playground Fund | 1,361,352 | |
| ST | State Funds | 2,000,000 | |
| AF | Affordable Housing Fund | 7,601,000 | |
| BT | Bus Transportation Fund | 0 | |
| CF | Clean Water and Natural Lands Fund | 11,750,300 | |
| GC | Golf Fund | 0 | |
| SV | Special Events Fund | 0 | |
| BK | Bikeway Fund | 334,000 | |
| HW | Highway Fund | 0 | |
| WF | Solid Waste Special Fund | 5,753,002 | |
| GN | General Fund | 520,000 | |
| HN | Hanauma Bay Nature Preserve Fund | 1,087,000 | |
| HD | Housing Development Special Fund | 605,000 | $ 101,590,596 |
| | **FEDERAL FUNDS:** | | |
| FG | Federal Grants Fund | $ 40,353,023 | |
| CD | Community Development Fund | 40,585,154 | $ 80,938,177 |
| | **SPECIAL PROJECTS FUND:** | | |
| UT | Utilities' Share | $ 100,000 | $ 100,000 |
| | **TOTAL ALL FUNDS** | | $ 635,130,073 |

EXHIBIT EIGHT



ORDINANCE 13–20

BILL 12 (2013), CD2, FD1

# A BILL FOR AN ORDINANCE

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | | SOURCE OF FUNDS | | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|
| | **POLICE** | | | | | |
| 2005028 | HONOLULU POLICE DEPARTMENT EQUIPMENT ACQUISITION<br><br>Acquisition of equipment essential to police operations. | 3,933,000 | E | 627,000<br>3,306,000 | GI<br>HI | 3,933,000 |
| | **FIRE STATIONS AND BUILDINGS** | | | | | |
| | **DESIGN AND CONSTRUCTION** | | | | | |
| 1998021 | FIRE STATION BUILDINGS IMPROVEMENTS<br><br>Plan, design, construct, inspect and provide related equipment for fire facility improvements. | 5,000<br>200,000<br>1,700,000<br>80,000<br>15,000 | P<br>D<br>C<br>I<br>E | 2,000,000 | GI | 2,000,000 |
| 2007012 | HONOLULU FIRE DEPARTMENT NPDES SMALL MS4 PERMIT PROGRAM<br><br>Plan, design, construct, inspect and provide equipment for improvements at fire stations and facilities to meet National Pollutant Discharge Elimination System (NPDES) requirements. | 5,000<br>340,000<br>1,810,000<br>135,000<br>65,000 | P<br>D<br>C<br>I<br>E | 2,355,000 | GI | 2,355,000 |
| 2014079 | KUAKINI FIRE STATION RECONSTRUCTION<br><br>Construct, inspect, and provide related equipment for station improvements. | 3,000,000<br>150,000<br>120,000 | C<br>I<br>E | 3,270,000 | GI | 3,270,000 |
| | WAIALUA FIRE STATION RELOCATION<br><br>Acquire land, plan, and design a new location for the Waialua Fire Station. | 1,300,000<br>100,000<br>100,000 | L<br>P<br>D | 1,500,000 | GI | 1,500,000 |
| | **FIRE** | | | | | |
| 2005021 | HONOLULU FIRE DEPARTMENT EQUIPMENT ACQUISITION<br><br>Acquisition of equipment essential to fire operations. At least $90,000 shall be used for the procurement of a rehab vehicle. | 3,378,000 | E | 3,378,000 | GI | 3,378,000 |

EXHIBIT EIGHT

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII
CERTIFICATE

ORDINANCE **13-20** **BILL 12 (2013), CD2, FD1**

Introduced: 03/01/13 By: ERNEST MARTIN (BR) Committee: BUDGET

Title: A BILL FOR AN ORDINANCE RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1 , 2013 TO JUNE 30, 2014.

Links: BILL 12 (2013)
BILL 12 (2013, CD1
BILL 12 (2013), CD2, FD1
CR-101
CR-135

Voting Legend: Y= Aye, Y* = Aye w/Reservations, N = No, A = Absent, ABN = Abstain

| | | |
|---|---|---|
| PUBLISH | 03/09/13 | PUBLIC HEARING NOTICE OF INTENT PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| COUNCIL | 03/20/13 | BILL PASSED FIRST READING AND REFERRED TO COMMITTEE ON BUDGET.<br>ANDERSON Y CHANG Y FUKUNAGA Y HARIMOTO Y KOBAYASHI Y<br>MANAHAN Y MARTIN Y MENOR Y PINE Y |
| PUBLISH | 04/06/13 | PUBLIC HEARING NOTICE PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| BUDGET | 04/08/13 | CR-101 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON SECOND READING AS AMENDED IN CD1 FORM AND SCHEDULING OF A PUBLIC HEARING. |
| COUNCIL/PUBLIC HEARING | 04/17/13 | CR-101 ADOPTED. BILL PASSED SECOND READING AS AMENDED, PUBLIC HEARING CLOSED AND REFERRED TO COMMITTEE ON BUDGET.<br>ANDERSON Y CHANG Y FUKUNAGA Y HARIMOTO Y KOBAYASHI Y<br>MANAHAN Y MARTIN Y MENOR Y PINE Y |
| PUBLISH | 04/24/13 | SECOND READING NOTICE PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| BUDGET | 05/09/13 | CR-135 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON THIRD READING AS AMENDED IN CD2 FORM. |
| COUNCIL | 06/05/13 | NOTE: BILL 12 (2013) , PROPOSED CD2, FD1 (IA) POSTED ON THE AGENDA WAS NOT CONSIDERED.<br>BILL AMENDED TO HANDCARRIED CD2, FD1 (OCS/060513/01:15/YL)<br>ANDERSON Y CHANG Y FUKUNAGA Y HARIMOTO Y KOBAYASHI Y<br>MANAHAN Y MARTIN Y MENOR Y PINE A |

13-20

EXHIBIT EIGHT

CR-135 ADOPTED AND BILL 12 (2013), CD2, FD1 PASSED THIRD READING.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ANDERSON | Y | CHANG | Y | FUKUNAGA | Y | HARIMOTO | Y | KOBAYASHI | Y |
| MANAHAN | Y | MARTIN | Y | MENOR | Y | PINE | A | | |

I hereby certify that the above is a true record of action by the Council of the City and County of Honolulu on this BILL.

BERNICE K. N. MAU, CITY CLERK

ERNEST Y. MARTIN, CHAIR AND PRESIDING OFFICER

EXHIBIT EIGHT

ORDINANCE NO. 13-20

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

# CERTIFICATE

I hereby certify that on June 6, 2013, Bill 12 (2013), CD2, FD1 was presented to the Honorable Kirk Caldwell, Mayor of the City and County of Honolulu, for his approval or otherwise; and that on June 21, 2013, the Mayor returned said Bill without his signature; therefore, pursuant to Section 3-203 of the Revised Charter of Honolulu, said Bill 12 (2013), CD2, FD1 became a duly enacted ordinance on June 21, 2013.

Dated, Honolulu, State of Hawaii, this 24TH day of June, 2013.

CITY COUNCIL

By ______________________
ERNEST Y. MARTIN
Chair and Presiding Officer

ATTEST:

______________________
BERNICE K. N. MAU
City Clerk

EXHIBIT EIGHT