

**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL  **13 (2014)**

## A BILL FOR AN ORDINANCE

RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2014 TO JUNE 30, 2015

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1. The revenues from the following sources estimated for the fiscal year July 1, 2014 to June 30, 2015 are hereby provided and appropriated for the purposes set forth in Sections 2 through 8:

| FUND CODE | SOURCE OF FUNDS | | AMOUNT | | TOTAL |
|---|---|---|---:|---|---:|
| | **REVENUE BOND:** | | | | |
| SR | Sewer Revenue Bond Improvement Fund | $ | 189,328,000 | $ | 189,328,000 |
| | **GENERAL OBLIGATION BONDS:** | | | | |
| GI | General Improvement Bond Fund | $ | 88,145,863 | | |
| HI | Highway Improvement Bond Fund | | 173,273,000 | | |
| WB | Solid Waste Improvement Bond Fund | | 23,685,900 | $ | 285,104,763 |
| | **CAPITAL PROJECTS FUNDS:** | | | | |
| AF | Affordable Housing Fund | $ | 20,900,000 | | |
| CF | Clean Water and Natural Lands Fund | | 11,190,000 | | |
| GN | General Fund | | 250,000 | | |
| HN | Hanauma Bay Nature Preserve Fund | | 880,000 | | |
| PP | Parks and Playgrounds Fund | | 3,602,039 | | |
| SW | Sewer Fund | | 80,198,300 | | |
| UT | Utilities' Share | | 100,000 | $ | 117,120,339 |
| | **FEDERAL FUNDS:** | | | | |
| CD | Community Development Fund | $ | 7,139,712 | | |
| FG | Federal Grants Fund | | 41,070,306 | $ | 48,210,018 |
| | **TOTAL ALL FUNDS** | | | $ | 639,763,120 |

BFSCIPORD.B14                    EXHIBIT NINE                         B

MM __23__



**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL __13__ (2014)

## A BILL FOR AN ORDINANCE

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | SOURCE OF FUND | TOTAL ALL FUNDS |
|---|---|---|---|---|
| 2006034 | UPGRADE SECURITY CAMERA SYSTEMS AT VARIOUS POLICE FACILITIES<br>Plan, design, construct, inspect and provide related equipment for the upgrade of security cameras at various police facilities. | 10,000 P<br>50,000 D<br>320,000 C<br>30,000 I<br>110,000 E | 520,000 GI | 520,000 |
| 2006039 | WAIANAE POLICE STATION REPLACEMENT<br>Design, construct and provide related equipment for a replacement police station. | 5,000 D<br>1,280,000 C<br>5,000 E | 1,290,000 GI | 1,290,000 |
| | **POLICE** | | | |
| 2005028 | HONOLULU POLICE DEPARTMENT EQUIPMENT ACQUISITION<br>Acquisition of equipment essential to police operations. | 3,834,500 E | 3,834,500 GI | 3,834,500 |
| | **FIRE STATIONS AND BUILDINGS** | | | |
| | **DESIGN AND CONSTRUCTION** | | | |
| 2009036 | EAST KAPOLEI FIRE STATION<br>Complete construction of fire station. | 170,000 C | 170,000 GI | 170,000 |
| 1998021 | FIRE STATION BUILDINGS IMPROVEMENTS<br>Plan, design, construct, inspect and provide related equipment for fire facilities improvements. | 5,000 P<br>75,000 D<br>895,000 C<br>20,000 I<br>5,000 E | 1,000,000 GI | 1,000,000 |
| 2000068 | HAUULA FIRE STATION RELOCATION<br>Plan and design a replacement fire station. | 5,000 P<br>745,000 D | 750,000 GI | 750,000 |
| 2007012 | HONOLULU FIRE DEPARTMENT STORM WATER DISCHARGE (NPDES SMALL MS4 PERMIT PROGRAM)<br>Design, construct, inspect and provide equipment for improvements at fire stations and facilities to meet National Pollutant Discharge Elimination System (NPDES) requirements. | 5,000 D<br>1,600,000 C<br>160,000 I<br>5,000 E | 1,770,000 GI | 1,770,000 |

EXHIBIT NINE



**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE _____

BILL __13__ (2014)

## A BILL FOR AN ORDINANCE

SECTION 16. This Ordinance shall take effect on July 1, 2014.

INTRODUCED BY:

_____ (br)

_____

_____

_____

_____

_____

_____

DATE OF INTRODUCTION:

**FEB 28 2014**

Honolulu, Hawaii                                Councilmembers

APPROVED AS TO FORM AND LEGALITY:

_____
Deputy Corporation Counsel

APPROVED this _____ day of _____, 20_____.

_____
KIRK W. CALDWELL, Mayor
City and County of Honolulu

EXHIBIT NINE