

**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE  14-19

BILL  13 (2014), CD2, FD1

## A BILL FOR AN ORDINANCE

RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2014 TO JUNE 30, 2015.

BE IT ORDAINED by the People of the City and County of Honolulu:

SECTION 1. The revenues from the following sources estimated for the fiscal year July 1, 2014 to June 30, 2015 are hereby provided and appropriated for the purposes set forth in Sections 2 through 8:

| FUND CODE | SOURCE OF FUNDS | AMOUNT | TOTAL |
|---|---|---|---|
| | **REVENUE BOND:** | | |
| SR | Sewer Revenue Bond Improvement Fund | $ 191,328,000 | $ 191,328,000 |
| | **GENERAL OBLIGATION BONDS:** | | |
| GI | General Improvement Bond Fund | $ 134,846,863 | |
| HI | Highway Improvement Bond Fund | 178,973,000 | |
| WB | Solid Waste Improvement Bond Fund | 32,685,900 | $ 346,505,763 |
| | **CAPITAL PROJECTS FUNDS:** | | |
| AF | Affordable Housing Fund | $ 21,077,000 | |
| CF | Clean Water and Natural Lands Fund | 15,735,000 | |
| GN | General Fund | 250,000 | |
| HN | Hanauma Bay Nature Preserve Fund | 880,000 | |
| PP | Parks and Playgrounds Fund | 3,602,039 | |
| SW | Sewer Fund | 80,198,300 | |
| UT | Utilities' Share | 100,000 | $ 121,842,339 |
| | **FEDERAL FUNDS:** | | |
| CD | Community Development Fund | $ 6,916,341 | |
| FG | Federal Grants Fund | 42,239,330 | $ 49,155,671 |
| | **TOTAL ALL FUNDS** | | $ 708,831,773 |

OCS/060314/04:10/YL

EXHIBIT TEN

1

14-19



**CITY COUNCIL**
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ORDINANCE **14-19**

BILL **13 (2014), CD2, FD1**

## A BILL FOR AN ORDINANCE

| PROJECT NUMBER | FUNCTIONS, PROGRAMS & PROJECTS | WORK PHASE | | SOURCE OF FUNDS | | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|
| 2006034 | UPGRADE SECURITY CAMERA SYSTEMS AT VARIOUS POLICE FACILITIES | 10,000 50,000 320,000 30,000 110,000 | P D C I E | 520,000 | GI | 520,000 |
| | Plan, design, construct, inspect and provide related equipment for the upgrade of security cameras at various police facilities. | | | | | |
| 2006039 | WAIANAE POLICE STATION REPLACEMENT | 5,000 1,280,000 5,000 | D C E | 1,290,000 | GI | 1,290,000 |
| | Design, construct and provide related equipment for a replacement police station. | | | | | |
| | **POLICE** | | | | | |
| 2005028 | HONOLULU POLICE DEPARTMENT EQUIPMENT ACQUISITION | 3,834,500 | E | 3,834,500 | GI | 3,834,500 |
| | Acquisition of equipment essential to police operations. | | | | | |
| | **FIRE STATIONS AND BUILDINGS** | | | | | |
| | **DESIGN AND CONSTRUCTION** | | | | | |
| 2009036 | EAST KAPOLEI FIRE STATION | 170,000 | C | 170,000 | GI | 170,000 |
| | Complete construction of fire station. | | | | | |
| 1998021 | FIRE STATION BUILDINGS IMPROVEMENTS | 5,000 75,000 895,000 20,000 5,000 | P D C I E | 1,000,000 | GI | 1,000,000 |
| | Plan, design, construct, inspect and provide related equipment for fire facility improvements. | | | | | |
| 2007012 | HONOLULU FIRE DEPARTMENT STORM WATER DISCHARGE (NPDES SMALL MS4 PERMIT PROGRAM) | 5,000 1,600,000 160,000 5,000 | D C I E | 1,770,000 | GI | 1,770,000 |
| | Design, construct, inspect and provide equipment for improvements at fire stations and facilities to meet National Pollutant Discharge Elimination System (NPDES) requirements. | | | | | |

EXHIBIT TEN

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII
CERTIFICATE

**ORDINANCE 14-19**

**BILL 13 (2014), CD2, FD1**

Introduced: 02/28/14   By: ERNEST MARTIN (BR)

Committee: BUDGET

Title: A BILL FOR AN ORDINANCE RELATING TO THE EXECUTIVE CAPITAL BUDGET AND PROGRAM FOR THE FISCAL YEAR JULY 1, 2014 TO JUNE 30, 2015.

Voting Legend: * = Aye w/Reservations

| Date | Action | Description |
|---|---|---|
| 03/08/14 | PUBLISH | PUBLIC HEARING NOTICE OF INTENT PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| 03/12/14 | COUNCIL | BILL PASSED FIRST READING AND REFERRED TO COMMITTEE ON BUDGET. 9 AYES: ANDERSON, CHANG, FUKUNAGA, HARIMOTO, KOBAYASHI, MANAHAN, MARTIN, MENOR, PINE. |
| 04/03/14 | BUDGET | CR-89 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON SECOND READING AS AMENDED IN CD1 FORM AND SCHEDLULING OF A PUBLIC HEARING. |
| 04/05/14 | PUBLISH | PUBLIC HEARING NOTICE PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| 04/16/14 | COUNCIL/PUBLIC HEARING | CR-89 ADOPTED. BILL PASSED SECOND READING AS AMENDED, PUBLIC HEARING CLOSED AND REFERRED TO COMMITTEE ON BUDGET. 9 AYES: ANDERSON, CHANG, FUKUNAGA, HARIMOTO, KOBAYASHI, MANAHAN, MARTIN, MENOR, PINE. |
| 04/23/14 | PUBLISH | SECOND READING NOTICE PUBLISHED IN THE HONOLULU STAR-ADVERTISER. |
| 05/13/14 | BUDGET | CR-138 – BILL REPORTED OUT OF COMMITTEE FOR PASSAGE ON THIRD READING AS AMENDED IN CD2 FORM. |
| 06/04/14 | COUNCIL | NOTE: BILL 13 (2014), CD2, PROPOSED FD1 POSTED ON THE AGENDA WAS NOT CONSIDERED. BILL AMENDED TO HANDCARRIED FD1 (OCS/060314/04:10:YL). 9 AYES: ANDERSON, CHANG, FUKUNAGA, HARIMOTO*, KOBAYASHI, MANAHAN, MARTIN, MENOR, PINE. CR-138 ADOPTED AND BILL 13 (2014), CD2, FD1, PASSED THIRD READING. 9 AYES: ANDERSON, CHANG, FUKUNAGA, HARIMOTO, KOBAYASHI, MANAHAN, MARTIN, MENOR, PINE. |

I hereby certify that the above is a true record of action by the Council of the City and County of Honolulu on this BILL.

for BERNICE K.N. MAU, CITY CLERK

ERNEST Y. MARTIN, CHAIR AND PRESIDING OFFICER

EXHIBIT TEN

14-19

ORDINANCE NO. **14-19**

CITY COUNCIL
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

CERTIFICATE

I hereby certify that on June 6, 2014, Bill 13 (2014), CD2, FD1 was presented to the Honorable Kirk Caldwell, Mayor of the City and County of Honolulu, for his approval or otherwise; and that on June 23, 2014, the Mayor returned said Bill without his signature; therefore, pursuant to Section 3-203 of the Revised Charter of Honolulu, said Bill 13 (2014), CD2, FD1 became a duly enacted ordinance on June 23, 2014.

Dated, Honolulu, State of Hawaii, this 23rd day of June, 2014.

CITY COUNCIL

By _____
ERNEST Y. MARTIN
Chair and Presiding Officer

ATTEST:

_____
For BERNICE K. N. MAU
City Clerk

EXHIBIT TEN

14-19