From: Larry Joseph
ph.# 293-9623
P.O. box 106 Hauula HI 96717

| CUSTOMER'S ORDER NO. | | | | DATE 5-11-12 | |
|---|---|---|---|---|---|
| NAME Chock James | | | | | |
| ADDRESS 55-052 Naupaka Street | | | | | |
| CITY, STATE, ZIP Laie HI 96762 | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD. | PAID OUT |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 | Laie Yard | | | |
| 2 | Mar. 16th 3.5 hrs (yard) ↓ | = 4.5 hrs | 54 | 00 |
| 3 | Mar. 17th 7.0 hrs | | | |
| 4 | Hauula Big Field | | | |
| 5 | Mar. 16th 3.5 hrs (yard) ↓ | | | |
| 6 | Mar. 17th 3.5 hrs | = 7.0 hrs | 87 | 00 |
| 7 | Big Field (Royal Sign) | | | |
| 8 | Mar. 20th 2.0 hrs | = 2.0 hrs | 24 | 00 |
| 9 | | | | |
| 10 | Hauula Big Field (yard) | | | |
| 11 | Apr. 20th 7.0 hrs | = 7.0 hrs | 84 | 00 |
| 12 | Total hrs 20.5 | | $246 | 00 |

RECEIVED BY ___Pd___

KEEP THIS SLIP FOR REFERENCE

Exhibit Eleven



EXHIBIT ELEVEN

**Receipt #129955**

Larry Joseph
P.O. Box 13
Waimea, HI 96711

| | | |
|---|---|---|
| CUSTOMER'S ORDER NO. | | DATE Aug 21, 2012 |
| NAME | Chopt Lanes | |
| ADDRESS | 55-025 Naupaka St | |
| CITY, STATE, ZIP | Laie, HI 96762 | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Laie 8/21/12 yard | 48 | 48 00 |
| 2 | Hauula Big Field 8/21/12 | 6 HR | 72 00 |
| | | | |
| | For Aug | | |
| | Total AC hours  13 HR | 120 | 00 |

---

**Receipt #129956**

Larry Joseph
Ph 295-9623
P.O. Box 106 Hauula, HI 96717

| | | |
|---|---|---|
| CUSTOMER'S ORDER NO. | | DATE Sept 17, 2012 |
| NAME | Chopt Innes | |
| ADDRESS | 55-052 Naupaka St | |
| CITY, STATE, ZIP | Laie, HI 96762 | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Laie Yard Sept 14 | 4 5 | 54 00 |
| | Big Field Hauula Sept 11, 2012 | 6 HR | 72 00 |
| | | | |
| | Total hours  10 HR | 120 | 00 |

Received by Sept 20/12

EXHIBIT ELEVEN



EXHIBIT ELEVEN

**Receipt 1 (No. 474956)**

From: LARRY Joseph, P.O. Box 106, Hauula Hawaii 96717

Date: March 1, 2013
Name: CHRIS JAMES
Address: 55-052 Naupaka Street
City, State, ZIP: Laie, Hawaii 96717

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3/1 | Hauula B/g Field | 1HR 74R | 72.00 |
| | | 4HR | 54.00 |
| | | Total | 126.00 |

Received by: March 2013

**Receipt 2 (No. 471263)**

From: LARRY Joseph, P.O. Box 106, Hauula HI 96717

Date: April 1, 2013
Name: CHRIS JAMES
Address: 55-025 Naupaka St
City, State, ZIP: Laie HI 96762

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4/1 | Hauula B/g Field | 1HR 7HR | 72.00 |
| 4/1 | Laie Yard | 4 | 54.00 |
| | | Total | 126.00 |

Received by: April

EXHIBIT ELEVEN

Case 1:13-cv-00397-JMS-BMK   Document 39-13   Filed 07/15/14   Page 6 of 7   PageID #: 508



Receipt 1:

Larry Joseph
PO Box 106
Hauula

DATE: June 1, 2013
NAME: Choon James
ADDRESS: 55-025 Hauoka St
CITY, STATE, ZIP: Laie, Hawaii 96762

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5/1 | Haulers Big E's 610 | 74hr | 72.00 |
| 6/1 | Laie yard | 4hr | 54.00 |
| | | Total | 126.00 |

RECEIVED BY: June 4, 2013

Receipt 2:

Larry Joseph
PO Box 106
Hauula, Hawaii 96717

DATE: May 1, 2013
NAME: Choon James
ADDRESS: 55-052 Haupoka Street
CITY, STATE, ZIP: Laie, Hawaii 96762

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5/1 | Haulers Big E's 610 | 74hr | 72.00 |
| 5/1 | Laie yard | 4hr | 54.00 |
| | | Total | 126.00 |

RECEIVED BY: May 2, 2013

EXHIBIT ELEVEN



EXHIBIT ELEVEN