

# City & County of Honolulu
# Department of Planning and Permitting (DPP)

Notice of Violation - 2011/NOV-09-091

**DEPARTMENT**
DPP Home
Honolulu Home

**ACCOUNT**
Sign In

**PERMITTING**
Building Permits
Properties
New Online Permit
Building Permit Application
Subdivisions
Trenching Permits
Calculate BP Fees

**SEARCHING**
Properties
Other Permits
Building/Sign Permits

| Main | Details | Code/Vio. | TMK | Customer | Warnings |

| | | | |
|---|---|---|---|
| Job: | 043506684-002 | File Number: | 2011/NOV-09-091 |
| Job Description: | HC 54-282 KAMEHAMEHA HWY - VACANT LOT OVERGROWN | | |
| Job Type: | Notice of Violation | Date Created: | Sep 14, 2011 |
| Status: | NOV File Closed | Created By: | JOANNE YONESHIGE |
| Parent Job: | | Date Issued: | |
| | | Date Completed: | Oct 28, 2011 ✓ |
| Address: | 54-282 KAM HWY Hauula 96717 | | |
| Specific Location: | 54-282 Kamehameha Hwy | | |

Cancel  Submit

City and County of Honolulu
Department of Permitting & Planning
650 So. King St, Honolulu, HI 96813
Fax: (808) 768-6743
E-mail: info@honoluludpp.org

© 2000 City and County of Honolulu. All Rights Reserved.

EXHIBIT TWELVE