Honolulu Internet Permit System - Notice of Violation - 2011...        http://dppweb.honolulu.gov/DPPWeb/default.asp?PossePresenta...



## City & County of Honolulu
# Department of Planning and Permitting (DPP)

**Notice of Violation - 2011/NOV-10-015**

**DEPARTMENT**
DPP Home
Honolulu Home

**ACCOUNT**
Sign In

**PERMITTING**
Building Permits
Properties
New Online Permit
Building Permit Application
Subdivisions
Trenching Permits
Calculate BP Fees

**SEARCHING**
Properties
Other Permits
Building/Sign Permits

| **Main** | Details | Code/Vio. | TMK | Customer | Warnings |

| | | | |
|---|---|---|---|
| Job: | 043640539-002 | File Number: | 2011/NOV-10-015 |
| Job Description: | SD 54-282 Kam Hwy. , James - Grubbing work w/o a permit | | |
| Job Type | Notice of Violation | Date Created: | Oct 4, 2011 |
| Status: | NOV File Closed | Created By: | BRUCE HAN |
| Parent Job: | | Date Issued: | |
| | | Date Completed: | Apr 13, 2012 |
| Address: | 54-282 KAM HWY Hauula 96717 | | |
| Specific Location: | 54-282 Kam Hwy, 5-4-018, 065 | | |

Cancel   Submit

**City and County of Honolulu**
Department of Permitting & Planning
650 So. King St, Honolulu, HI 96813
Fax: (808) 768-6743
E-mail: info@honoluludpp.org

© 2000 City and County of Honolulu. All Rights Reserved.

EXHIBIT THIRTEEN

1 of 1                                                                7/7/13 12:03 AM



DEPARTMENT OF PLANNING AND PERMITTING

# CITY AND COUNTY OF HONOLULU

650 SOUTH KING STREET • HONOLULU, HAWAII 96813

Fax: (808) 768-4400

# Notice of Violation

Violation No.: **2011/NOV-10-015  (SD)**          Date: **October 18, 2011**

<u>Owner(s)</u>

James, Mark O. and Choon H.
55-052 Naupaka St.
Laie, HI 96762

| <u>Contractor(s)</u> | <u>Tenant/Violator</u> | <u>Architect/Plan Maker</u> |
|---|---|---|
| <u>Lessee</u> | <u>Agent</u> | <u>Engineer</u> |

TMK:   **5-4-018-065   54-282 KAM HWY**

Specific Address of Violation:   **54-282 Kamehameha Highway**

I have inspected the above-described premises and have found the following violations of City and County of Honolulu's laws and regulations governing same:

| Codes and/or Ordinance(s) and Section(s) | Violation(s) |
|---|---|
| **ROH 1990, as amended, Chapter 14 Section 14-14.1(b)** | **Grubbing without a permit**   (approximately 20,300 square feet).<br><br>**A NOTICE OF ORDER, as indicated below, will be issued by the Department of Planning and Permitting imposing CIVIL FINES for the specified violations.  You will be charged with an initial fine of $50.00; and if no corrective action is taken by the specified date, you will be assessed a daily fine of $25.00, until corrective action is completed** |

STOP WORK!  You are hereby ordered to stop illegal work immediately.

You are hereby ordered to take immediate measures to stabilize the site and protect abutting properties.

You are hereby ordered to obtain permit(s) and/or correct violation by November 17, 2011.

Please call the undersigned after the corrections have been made.

You are reminded that if no action is taken within the specified time:

1.   A Notice of Order will be issued by the Department of Planning and Permitting imposing CIVIL FINES for the specified violations; and/or

2.   This matter may be referred to the Prosecuting Attorney and/or Corporation Counsel for appropriate action.

Special Instructions:  Orig-Owner
      Cc – Director, HPD
            Project Review Section
            Permitting and Inspection Section
            Inspection Unit (2)
            File (w/ orig. attach.)

Inspector: _____

Bruce Han          Phone: 571-4703

for the Director Department of Planning and Permitting

EXHIBIT THIRTEEN

22

DEPARTMENT OF PLANNING AND PERMITTING
**CITY AND COUNTY OF HONOLULU**
650 SOUTH KING STREET 7TH FLOOR
HONOLULU, HAWAII 96813

**CERTIFIED MAIL**™

7010 3090 0002 0442 0307

Mark O. and Choon H. James
55-052 Naupaka Street
Laie, Hawaii 96762

EXHIBIT THIRTEEN

23