City and County of Honolulu Public Access                http://honolulupropertytax.com/Forms/PrintDatalet.aspx?pin=5...

▓▓▓▓650000

**JAMES, CHOON HUAY**                                                                54-282 KAMEHAMEHA HWY

### Tax Details 2010

| Period | Description | Tax | Paid / Adjust | Penalty Paid | Interest Paid | Other |
|---|---|---|---|---|---|---|
| 2010-1 | Beginning Tax | 2,742.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2010-1 | Payment | 0.00 | -2,742.26 | -54.85 | 0.00 | 0.00 |
| 2010-2 | Beginning Tax | 2,742.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2010-2 | Payment | 0.00 | -2,742.26 | 0.00 | 0.00 | 0.00 |
| Total: | | 5,484.52 | -5,484.52 | -54.85 | 0.00 | 0.00 |

### Payment Summary

| Year | Payment # | Date | Tax | Penalty | Interest | Other |
|---|---|---|---|---|---|---|
| ✓ 2010 | 5198329 | 31-AUG-10 | -5,429.67 | -54.85 | 0.00 | 0.00 |
| ✓ 2010 | 5355400 | 16-FEB-11 | -54.85 | 0.00 | 0.00 | 0.00 |
| Total: | | | -5,484.52 | -54.85 | 0.00 | 0.00 |

*Cheques # 3014*
*# 26083*

EXHIBIT FOURTEEN

Page 1 of 1

```
CHOON JAMES                                    3014
55-052 NAUPAKA ST                              59-101/1213
LAIE, HI 96762
                                    August 20, 2010
                                           Date

Pay to the
Order of  City County of Honolulu    | $ 5,484.52

Five thousand four hundred eighty-four and 52/100 Dollars

First Hawaiian Bank.
KAHUKU BRANCH
56-565 KAMEHAMEHA HWY., PO BOX 207
KAHUKU, HAWAII 96731

For  1-5-4-18-65              Choon James

         ⋯0091⋯          ⋯0000548452⋯
```

```
083110 00505003 00020 1   1540180650000    FOR DEP FHB 41375
                                           CR PAYEE ABS OF
                                           ENDORSE GUARANTEED

First Hawaiian Bank      >121301015<
Honolulu Hawaii
0030193330 08312010 03 PKTO 01000152
083110 03 0
```

Date:08-31-2010  Account: 0091  Amount:$5,484.52  Serial:3014  Sequence:30193330  CaptureSequence:-

EXHIBIT FOURTEEN

Page 1 of 1

CHOON H. JAMES
DBA C J RAEL ESTATE INTERNATIONAL TRUST FUND
55-052 NAUPAKA STREET
LAIE, HI 96762

NO. 26083   59-101/1213

Date 1/24/2011

Pay To The Order Of  City County of Honolulu Division of Treasury   $ 54.85

Fifty-four dollars and 85 cents   Dollars

First Hawaiian Bank
KAHUKU BRANCH
KAHUKU, HAWAII

1/5/4/18/65

009           ⑆000000 5485⑆

021611 00505003 00114 1   15901806 50000   FOR DEP FHB 41375
CR PAYEE ABS OF
ENDORSE GUARANTEED

First Hawaiian Bank        >121301015<
Honolulu Hawaii
0030112710 02162011 03 PKTO 01000152
021611 03 0

FOR BANK USE ONLY       ENDORSE HERE

Date:02-16-2011  Account:░░0091  Amount:$54.85  Serial:26083  Sequence:30112710  CaptureSequence:-

EXHIBIT FOURTEEN

City and County of Honolulu Public Access     http://honolulupropertytax.com/Forms/PrintDatalet.aspx?pin=5...

**▇▇▇▇50000**
**JAMES, CHOON HUAY**     **54-282 KAMEHAMEHA HWY**

### Tax Details 2011

| Period | Description | Tax | Paid / Adjust | Penalty Paid | Interest Paid | Other |
|---|---|---|---|---|---|---|
| 2011-1 | Beginning Tax | 2,739.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011-1 | Payment | 0.00 | -2,739.78 | 0.00 | 0.00 | 0.00 |
| 2011-2 | Beginning Tax | 2,739.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2011-2 | Payment | 0.00 | -2,739.78 | 0.00 | 0.00 | 0.00 |
| Total: | | 5,479.56 | -5,479.56 | 0.00 | 0.00 | 0.00 |

### Payment Summary

| Year | Payment # | Date | Tax | Penalty | Interest | Other |
|---|---|---|---|---|---|---|
| ✓ 2011 | 5719828 | 19-AUG-11 | -2,739.78 | 0.00 | 0.00 | 0.00 |
| 2011 | 5881553 | 15-FEB-12 | -2,739.78 | 0.00 | 0.00 | 0.00 |
| Total: | | | -5,479.56 | 0.00 | 0.00 | 0.00 |

*cheques # 26128*
*# 26170*

*EXHIBIT FOURTEEN*

CHOON H. JAMES
DBA C J RAEL ESTATE INTERNATIONAL
TRUST FUND
55-052 NAUPAKA STREET
LAIE, HI 96762

NO. 26128    59-101/1213

Date Ay 17, 2011

Pay To The Order Of  City & County of Honolulu   $ 2,739.78

Two thousand seven hundred thirty-nine and 78/— Dollars

First Hawaiian Bank
KAHUKU BRANCH
KAHUKU, HAWAII

1-5-4-18-65

Choon James

⑆0000273978⑆

081911 00505012 00408 1   1540180650000   FOR DEP FHB 41375
CR PAYEE ABS OF
ENDORSE GUARANTEED

First Hawaiian Bank
Honolulu Hawaii        >121301015<
0030118650 08192011 03 PKTO 01000152
081911 03 0

Date:08-19-2011  Account: 0091  Amount:$2,739.78  Serial:26128  Sequence:30118650  CaptureSequence:-

EXHIBIT FOURTEEN

CHOON H. JAMES
DBA C J RAEL ESTATE INTERNATIONAL
TRUST FUND
55-052 NAUPAKA STREET
LAIE, HI 96762

NO. 26170    59-101/1213

Date: Feb 12, 2012

Pay To The Order Of: City & County Division of Treasury    $ 2,739.78

Two thousand seven hundred thirty-nine and 78/- Dollars

First Hawaiian Bank
KAHUKU BRANCH
KAHUKU, HAWAII

Choon James

-1/5/4/18 -65

0091    000027397811

021512 00505009 00197 1   1540180650000    FOR DEP FHB 41375
                                            CR PAYEE ABS OF
                                            ENDORSE GUARANTEED

FOR BANK USE ONLY

ENDORSE HERE

Date: 02-15-2012  Account: ●0091  Amount: $2,739.78  Serial: 26170  Sequence: 10086990  CaptureSequence: 0

EXHIBIT FOURTEEN

City and County of Honolulu Public Access       http://honolulupropertytax.com/Forms/PrintDatalet.aspx?pin=5...

██████50000
**JAMES, CHOON HUAY**                                   54-282 KAMEHAMEHA HWY

### Tax Details 2012

| Period | Description   | Tax      | Paid / Adjust | Penalty Paid | Interest Paid | Other |
|--------|---------------|----------|---------------|--------------|---------------|-------|
| 2012-1 | Beginning Tax | 2,737.92 | 0.00          | 0.00         | 0.00          | 0.00  |
| 2012-1 | Payment       | 0.00     | -2,737.92     | 0.00         | 0.00          | 0.00  |
| 2012-2 | Beginning Tax | 2,737.92 | 0.00          | 0.00         | 0.00          | 0.00  |
| 2012-2 | Payment       | 0.00     | -2,737.92     | 0.00         | 0.00          | 0.00  |
| Total: |               | 5,475.84 | -5,475.84     | 0.00         | 0.00          | 0.00  |

### Payment Summary

| Year   | Payment # | Date      | Tax       | Penalty | Interest | Other |
|--------|-----------|-----------|-----------|---------|----------|-------|
| ✓ 2012 | 6263428   | 17-AUG-12 | -5,475.84 | 0.00    | 0.00     | 0.00  |
| Total: |           |           | -5,475.84 | 0.00    | 0.00     | 0.00  |

cheque # 30159

2013 payments will be mailed on July 20, 2013

```
CHOON JAMES                                                    30159
55-052 NAUPAKA ST                                           59-101/1213
LAIE, HI 96762
                              City, County Honolulu  Aug 12, 2012
                                                           Date
Pay to the   Division of Treasury                   | $ 5,475.84
Order of
            Five thousand four hundred seventy-five and 84/100  Dollars

First Hawaiian Bank.
KAHUKU BRANCH
56-565 KAMEHAMEHA HWY., PO BOX 207
KAHUKU, HAWAII 96731

For  1/5/4/18/065                              Choon James
```

081712 00505002 00040 1  1570180650000    FOR DEP FHB 91375
                                          OR PAYEE ABS OF
                                          ENDORSE GUARANTEED

Date:08-17-2012  Account:____0091  Amount:$5,475.84  Serial:159  Sequence:10031040  CaptureSequence:0

EXHIBIT FOURTEEN