DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 110 * HONOLULU, HAWAII 96813
PHONE: (808) 768-5193 * FAX: (808) 768-5105 * INTERNET: www.honolulu.gov

KIRK CALDWELL
MAYOR



DONNA Y. L. LEONG
CORPORATION COUNSEL

August 21, 2013

**VIA CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

RICHARD L. HOLCOMB, Esq.
Holcomb Law, LLLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813

Re: Trespass Notice

Dear Mr. Holcomb:

On February 24, 2010, the City Council, City and County of Honolulu ("City") adopted Resolution No. 10-3, which authorized the condemnation of land identified as TMK:5-4-018-065 (the "Property") for a new Hauula Fire Station. On April 21, 2010, the City filed a complaint in eminent domain in the Circuit Court of the First Circuit, State of Hawaii, entitled, City and County of Honolulu v. Mark Olov James and Choon Huay James, Civil No. 10-1-0863-04, and deposited $521,000 as estimated just compensation. Thereafter, the Court entered an Order Putting Plaintiff (City) in Possession, which was filed on April 27, 2013. The Order gives the City sole possession of the Property. A copy of the Order is attached hereto. Thus, please inform your client that pursuant to the Order, your client no longer has a legal right of possession to the Property, the Property is not open to the public, and the Property is not a designated public form.

This is to provide notice to you and your client, Choon James, that neither Ms. James nor any other person, is authorized to enter the Property for any purpose, including the placement of signs. Unauthorized entry onto the Property shall constitute a violation of Section 708-814, Hawaii Revised Statutes and any personal property found on the Property shall be removed without notice.

Very truly yours,

PAUL S. AOKI
Deputy Corporation Counsel

PSA:tc
Attachment

EXHIBIT FIFTEEN