DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 110 * HONOLULU, HAWAII 96813
PHONE: (808) 768-5193 * FAX: (808) 768-5105 * INTERNET: www.honolulu.gov

KIRK CALDWELL
MAYOR



DONNA Y. L. LEONG
CORPORATION COUNSEL

SHERYL L. NICHOLSON
FIRST DEPUTY CORPORATION COUNSEL

October 1, 2013

*Private and Confidential*

Mr. Bruce Iverson
Director of Marketing and Development
Reynolds Recycling, Inc.
P. O. Box 29639
Honolulu, Hawaii 96820

Dear Mr. Iverson:

    Re: <u>54-282 Kamehameha Highway</u>

    Pursuant to the Order Putting Plaintiff in Possession, which was filed on April 27, 2010, in <u>City and County of Honolulu v. Mark Olov James and Choon Huay James, et al.</u>, Civil No. 10-1-0863-04, by the Circuit Court of the First Circuit, the City and County of Honolulu ("City") has been granted sole possession of the property located at 54-282 Kamehameha Highway, TMK: 5-4-018-065 ("Lot 65").

    A Reynolds Recycling, Inc. ("Reynolds") recycling trailer and other equipment have been placed on Lot 65. The City has not granted Reynolds the right to enter or use Lot 65. This letter is to notify you that Reynolds must immediately remove its trailer and any other equipment from Lot 65 and cease any operations that it is conducting on Lot 65 thereon.

    If you have any questions, please contact the undersigned at 768-5132.

Very truly yours,

PAUL S. AOKI
Deputy Corporation Counsel

PSA:di
10-02264/303359

EXHIBIT SIXTEEN