# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Choon James,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City and County of Honolulu;<br>and, John Does 1-50 in their individual<br>or official capacities.<br><br>　　　　　Defendants. | CASE NO. 1:13-cv-00397 JMS BMK<br><br>**DECLARATION OF PLAINTIFF<br>CHOON JAMES** |

## DECLARATION OF PLAINTIFF CHOON JAMES

1. My name is Choon James. I am the Plaintiff in the above-styled case.

2. I have reviewed the foregoing Reply and believe the factual averments to be true.

3. When I went to obtain the signs that are the subject of this lawsuit from the Laie facility, I was told by Lani Brown that he was instructed to have me sign the standardized form. No modifications to that form were allowed.

4. I was permitted to modify the form when retrieving other signs that were subsequently seized from my property. However, the wrongfulness of that seizure of and/or damage to those signs is not challenged in this lawsuit.

1

5. I have reclaimed the signs that were taken from me as alleged in this lawsuit. I was provided a standardized form. However, the offending language was crossed out by the City.

5. On July 25, 2014, I retrieved my signs. I found that the metal poles and 2x4 had been cut.

I, Choon James, do declare under penalty of law that the fore-going is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, July 28, 2014.

*/s/ Choon James*
Choon James