# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 13-00397JMS |
| CASE NAME: | Choon James v. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Richard L. Holcomb |
| ATTYS FOR DEFT: | Paul S. Aoki<br>Nicolette Winter |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Debra Chun |
| DATE: | 08/12/2014 | TIME: | 1:30-2:00 |

COURT ACTION: EP: Motion hearing held.

Defendant City and County of Honolulu's Motion for Summary Judgment [29]

Plaintiff Choon James First Motion for Summary Judgment [31]

Arguments heard.

Motions [29] and [31]- DENIED. Court to prepare written order.

Submitted By: Alison P. Greaney, Courtroom Manager