# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 13-00397JMS-BMK |
| CASE NAME: | Choon James v. City and County of Honolulu |
| ATTYS FOR PLA: | Richard Holcomb |
| ATTYS FOR DEFT: | Paul S. Aoki<br>Nicolette Winter |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers no record |
| DATE: | 08/26/2014 | TIME: | 10:23 - 11:05 a.m. |

COURT ACTION:  EP:  Early Settlement Conference held.  Case settled.  All dates and deadlines are VACATED.

The Stipulation for Dismissal is due 9/2/2014.

Submitted by kur2, law clerk.