RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHOON JAMES,<br><br>　　　　　　Plaintiffs,<br>　vs.<br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　　　Defendants. | CASE NO. CV 13-00397 JMS-KSC<br><br>MOTION FOR COSTS AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR COSTS; DECLARATION OF RICHARD L. HOLCOMB; CERTIFICATEOF SERVICE<br><br>HEARING:<br><br>Date: _____<br>Time: _____<br>Judge:  Honorable Barry M. Kurren |

### MOTION FOR COSTS

COMES NOW the Plaintiff, Choon Jmaes, by and through the undersigned counsel, and pursuant to 42 U.S.C. § 1988 and the Settlement Agreement, duly executed by all parties and attached hereto, and Local Rule

54.2 of the Local Rules of this Court and request that this Court issue an Order granting Plaintiffs costs in the amount of $400.

In support of this motion, Plaintiff will show:

1. In order to initiate a federal lawsuit, Plaintiffs must pay a $400 filing paid, which was paid by Plaintiff in this case. [Doc. 3]

2. Ms. James is entitled to cost reimbursement.

> Under § 1988, Harris may recover as part of the award of attorney's fees those out-of-pocket expenses that "would normally be charged to a fee paying client." *Chalmers v. City of Los Angeles,* 796 F.2d 1205, 1216 n. 7 (9th Cir.1986), *reh'g denied and opinion amended,* 808 F.2d 1373 (9th Cir.1987); *Laffey v. Northwest Airlines, Inc.*, 746 F.2d 4, 30 (D.C.Cir.1984), *cert. denied,* 472 U.S. 1021, 105 S.Ct. 3488, 87 L.Ed.2d 622 (1985), *overruled on other grounds, Save Our Cumberland Mountains, Inc. v. Hodel,* 857 F.2d 1516 (D.C.Cir.1988) (en banc); *see also West Virginia Univ. Hosps., Inc. v. Casey,* 499 U.S. 83, 87–88 n. 3, 111 S.Ct. 1138, 1141 n. 3, 113 L.Ed.2d 68 (1991). Thus reasonable expenses, though greater than taxable costs, may be proper. Harris' response indicated the questioned items were necessary and reasonable in this case.

*Harris v. Marhoefer*, 24 F.3d 16, 19-20 (9th Cir. 1994) (citations omitted).

3. Ms. James incorporates her argument regarding prevailing party status from the Memorandum in Support of her Motion for Attorneys' Fees, filed contemporaneously herewith.

Accordingly, for the reasons above, Ms. James requests this Court issue an Order requiring the City to reimburse Ms. James for the $400 filing fee.

DATED: Honolulu, Hawaii, September 9, 2014.

                                             *s/Richard Holcomb*
                                             Richard Holcomb
                                             Brian Brazier
                                             Attorneys for Plaintiffs